**Jaburg & Wilk, P.C.**
3200 N. Central Avenue, 20th Floor
Phoenix, AZ 85012
602.248.1000

Kraig J. Marton (003816)
kjm@jaburgwilk.com
Jeffrey A. Silence (029143)
jxs@jaburgwilk.com

Attorneys for Plaintiff Thacker

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| Jeremy Thacker, | Case No. 2:18-cv-00063-DJH |
|---|---|
| Plaintiff, | **NOTICE OF THIRD PARTY SUBPOENA DUCES TECUM** |
| v. | |
| GPS Insight, LLC; Robert Donat, individually,, | (Assigned to Honorable Diana J. Humetewa) |
| Defendants. | |

Pursuant to Rule 45(a)(4), Plaintiff Jeremy Thacker hereby gives notice to Defendants that he intends to serve the attached Subpoenas Duces Tecums on Geo Tab USA, Inc., Flexential Colorado Group, and Hammerstone Partners, Inc.

DATED this 5th day of July, 2018.

**Jaburg & Wilk, P.C.**

s/ Jeffrey A. Silence
Kraig J. Marton
Jeffrey A. Silence
3200 N. Central Avenue, 20th Floor
Phoenix, AZ 85012
Attorneys for Plaintiff Thacker

*Certificate of Service*

I hereby certify that on 5th day of July, 2018, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing, and for transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Carrie M. Francis
Stefan M. Palys
Michael A. Vincent
Stinson Leonard Street, LLP
1850 North Central Avenue, Suite 2100
Phoenix, Arizona 85004-4584
Carrie.francis@stinson.com
Stefan.palys@stinson.com
Michael.vincent@stinson.com
Attorneys for Defendants GPS Insight, LLC

Timothy B. O'Connor
Schneider & Onofry, PC
365 East Coronado Road
Phoenix, Arizona 85004
toconnor@soarizonalaw.com
Attorneys for Defendant Donat

s/ Kim Rogers

2