**Jaburg & Wilk, P.C.**
3200 N. Central Avenue, 20th Floor
Phoenix, AZ 85012
602.248.1000

Kraig J. Marton (003816)
kjm@jaburgwilk.com
Jeffrey A. Silence (029143)
jxs@jaburgwilk.com

Attorneys for Plaintiff Thacker

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jeremy Thacker,<br><br>        Plaintiff,<br><br>v.<br><br>GPS Insight, LLC; Robert Donat, individually,,<br><br>        Defendants. | Case No. 2:18-cv-00063-DJH<br><br>**NOTICE OF SERVICE OF PLAINTIFF'S SECOND SUPPLEMENTAL MANDATORY DISCOVERY RESPONSES**<br><br>(Assigned to Honorable Diana J. Humetewa) |

Plaintiff here gives notice, pursuant to General Order 17-08, of service upon Defendants of Plaintiff's Second Supplemental Mandatory Discovery Responses.

DATED this 28th day of June, 2018.

                             **Jaburg & Wilk, P.C.**

                             s/ Jeffrey A. Silence
                             Kraig J. Marton
                             Jeffrey A. Silence
                             3200 N. Central Avenue, 20th Floor
                             Phoenix, AZ 85012
                             Attorneys for Plaintiff Thacker

1

### *Certificate of Service*

2

**ORIGINAL** of the forgoing emailed
this 28th day of June, 2018 to:

3

4

Carrie M. Francis
Stefan M. Palys
Michael A. Vincent
Stinson Leonard Street, LLP
1850 North Central Avenue, Suite 2100
Phoenix, Arizona 85004-4584
Carrie.francis@stinson.com
Stefan.palys@stinson.com
Michael.vincent@stinson.com
Attorneys for Defendants GPS Insight, LLC

5

6

7

8

9

Timothy B. O'Connor
Schneider & Onofry, PC
365 East Coronado Road
Phoenix, Arizona 85004
toconnor@soarizonalaw.com
Attorneys for Defendant Donat

10

11

12

13

s/ Kim Rogers

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28