# VERIFIED RETURN OF SERVICE

| State of Arizona | County of | District Court |
|---|---|---|

Case Number: 2:18-CV-0063-DJH   Court Date: 7/25/2018   10:00 am

Plaintiff:
**JEREMY THACKER**

vs.

Defendant:
**GPS INSIGHT, LLC ET AL.**

For:
Jeff Silence
Jaburg Wilk

Received by We Serve NJ LLC on the 5th day of July, 2018 at 10:03 am to be served on **HAMMERSTONE PARTNERS, INC.,, 1179 GATWICK LOOP, HEATHROW, FL 32746**.

I, Kristen Phin-Ceppos, being duly sworn, depose and say that on the **9th day of July, 2018** at **6:02 pm, I:**

served a **CORPORATION** by delivering a true copy of the **LETTER, SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION, EXHIBIT A, CERTIFICATION OF CUSTODIAN OF RECORDS** with the date and hour of service endorsed thereon by me, to: **SHAWN R. MORRIS** as RA for **HAMMERSTONE PARTNERS, INC.,**, at the address of: **1179 GATWICK LOOP, HEATHROW, FL 32746**, and informed said person of the contents therein, in compliance with state statutes.

**Military Status:** Based upon inquiry of party served, Defendant is not in the military service of the United States of America.

**Marital Status:** Based upon inquiry of party served, Defendant is married.

**Description** of Person Served: Age: 47, Sex: M, Race/Skin Color: White, Height: 5'11", Weight: 230, Hair: Black, Glasses: N

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served.

Subscribed and Sworn to before me on the 10th day of July, 2018 by the affiant who is personally known to me.

NOTARY PUBLIC

JENNIFER GUTHRIE
MY COMMISSION # FF 992124
EXPIRES: May 12, 2020
Bonded Thru Budget Notary Services

Kristen Phin-Ceppos
2015-0730-KPH

**We Serve NJ LLC**
**50 Goller Place**
**Staten Island, NY 10314**
**(800) 637-1805**

Our Job Serial Number: MGP-2018002471

Copyright © 1992-2018 Database Services, Inc. - Process Server's Toolbox V7.2p

