# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jeremy Thacker,<br><br>            Plaintiff,<br><br>v.<br><br>GPS Insight LLC,<br><br>            Defendant. | No. CV-18-00063-PHX-DJH<br><br>**ORDER** |

This matter is before the Court on the parties' Joint Notice of Discovery Dispute (Doc. 55).  On the Court's own motion,

IT IS ORDERED setting a Telephonic Discovery Dispute Hearing for July 26, 2018 at 1:30 p.m.  Counsel will receive dial-in instructions for the teleconference separately via electronic mail prior to the hearing.

**Dated** this 16th day of July, 2018.

Honorable Diane J. Humetewa
United States District Judge