**Jaburg & Wilk, P.C.**
3200 N. Central Avenue, 20th Floor
Phoenix, AZ 85012
602.248.1000

Kraig J. Marton (003816)
kjm@jaburgwilk.com
Jeffrey A. Silence (029143)
jxs@jaburgwilk.com

Attorneys for Plaintiff Thacker

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jeremy Thacker,<br><br>　　　　Plaintiff,<br><br>v.<br><br>GPS Insight, LLC; Robert Donat, individually,,<br><br>　　　　Defendants. | Case No. 2:18-cv-00063-DJH<br><br>**NOTICE OF SERVICE**<br><br>(Assigned to Honorable Diana J. Humetewa) |

NOTICE IS HEREBY GIVEN that Plaintiff served Subpoenas to Testify at a Deposition in a Civil Action and for Production of Documents through counsel upon the following:

1. Tyler Mortensen.

2. Carrie Race.

3. Elliot Batcheller.

4. Jason Walker.

DATED this 19th day of July, 2018.

        **Jaburg & Wilk, P.C.**

        s/ Jeffrey a. Silence
        Kraig J. Marton
        Jeffrey A. Silence
        3200 N. Central Avenue, 20th Floor
        Phoenix, AZ 85012
        Attorneys for Plaintiff Thacker

*Certificate of Service*

I hereby certify that on 19th day of July, 2018, I electronically transmitted this document to the Clerk's Office using the CM/ECF System for filing, and for transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Carrie M. Francis
Stefan M. Palys
Michael A. Vincent
Stinson Leonard Street, LLP
1850 North Central Avenue, Suite 2100
Phoenix, Arizona 85004-4584
Carrie.francis@stinson.com
Stefan.palys@stinson.com
Michael.vincent@stinson.com
Attorneys for Defendants GPS Insight, LLC

Timothy B. O'Connor
Schneider & Onofry, PC
365 East Coronado Road
Phoenix, Arizona 85004
toconnor@soarizonalaw.com
Attorneys for Defendant Donat


s/ Kim Rogers