Carrie M. Francis  (020453)
Stefan M. Palys  (024752)
Michael Vincent  (029864)
**STINSON LEONARD STREET LLP**
1850 North Central Avenue, Suite 2100
Phoenix, Arizona 85004-4584
Tel: (602) 279-1600
Fax: (602) 240-6925
Email:  carrie.francis@stinson.com
         stefan.palys@stinson.com
         michael.vincent@stinson.com

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Jeremy Thacker, | No. 2:18-cv-00063-PHX-DJH |
| Plaintiff, | **DEFENDANTS' NOTICE OF DEPOSITION OF REPRESENTATIVE OF FUJITSU AMERICA, INC. PURSUANT TO FRCP 30(B)(6)** |
| v. | |
| GPS Insight, LLC; Robert J. Donat, Individually and as Trustee of The Robert Donat Living Trust Dated April 19, 2017; | |
| Defendants. | |

YOU ARE HEREBY NOTIFIED that in accordance with Federal Rule of Civil Procedure Rule 30(b)(6), Defendant GPS Insight, LLC and Robert J. Donat shall take the deposition upon oral examination of the person whose name is stated below, at that time and place indicated before an officer authorized by law to administer oaths.

TO BE EXAMINED:          Fujitsu America, Inc.

ADDRESS OF PERSON
TO BE EXAMINED:          Fujitsu America, Inc.
                         1250 East Arques Avenue
                         M/S 250
                         Sunnyvale, CA  94085-5401

DATE & TIME OF APPEARANCE: August 17, 2018 at 10:00 A.M.

PLACE OF DEPOSITION:          Stinson Leonard Street
                             3102 Oak Lawn Ave., Suite 777
                             Dallas, TX 75219
                             Telephone: 214-560-2201

TYPE OF RECORDATION:          Stenographic & Audiovisual


IDENTIFICATION OF TESTIMONY TOPIC AREAS:

1)      Jeremy Thacker's application to Fujitsu America Inc. ("Fujitsu")/GlobeRanger and the resulting decision to hire him.

2)      Jeremy Thacker's compensation at Fujitsu/GlobeRanger.

3)      Jeremy Thacker's duties and responsibilities at Fujitsu/GlobeRanger.

4)      The reason(s) for Jeremy Thacker's termination from Fujitsu/GlobeRanger.

5)      All topics addressed in the email attached hereto as Exhibit A.


RESPECTFULLY SUBMITTED this 24th day of July, 2018.


                             **STINSON LEONARD STREET LLP**


                   By:       /s/ *Michael Vincent*
                             Carrie M. Francis
                             Stefan M. Palys
                             Michael Vincent
                             1850 North Central Avenue, Suite 2100
                             Phoenix, Arizona 85004-4584
                             *Attorneys for Defendants*

2

**CERTIFICATE OF SERVICE**

I hereby certify that on July 24th, 2018, I caused the foregoing document to be filed electronically with the Clerk of Court through ECF; and that ECF will send an e-notice of the electronic filing to:

Kraig J. Marton
Jeffrey A. Silence
JABURG WILK
3200 N. Central Avenue, Suite 2000
Phoenix, Arizona 85012
kjm@jaburgwilk.com
jxs@jaburgwilk.com
*Attorneys for Plaintiff*

Timothy B. O'Connor, Esq.
SCHNEIDER & ONOFRY, P.C.
365 East Coronado Road
Phoenix, Arizona 85004
toconnor@soarizonalaw.com
*Attorneys for Defendant Robert Donat*

 /s/ C. Roundtree

CORE/3505308.0002/141404303.1

# EXHIBIT A

**Donihoo, Vicki**

| | |
|---|---|
| **From:** | Louise Kitchen <lkitchen@globeranger.com> |
| **Sent:** | Thursday, January 04, 2018 2:34 AM |
| **To:** | Jeremy Thacker; Dominic Lanaway |
| **Cc:** | Philip Gaudreau - Contact |
| **Subject:** | RE: Response to your email |

Hi Jeremy,

Apologies for the delayed response, but as per my out of office today is my first day back at work following Christmas and New Year.  Your attorney should contact Michael Shpizner at Michael.Shpizner@us.fujitsu.com.

Thanks

**Louise Kitchen**
Head of Organisation Capability, GlobeRanger

Tel / Mob: +44 (0) 7968 894101
US Cell: +1 469-660-5232

E-mail: lkitchen@globeranger.com



**From:** Jeremy Thacker [mailto:jeremy@jeremythacker.com]
**Sent:** Friday, December 29, 2017 3:34 PM
**To:** Dominic Lanaway <dlanaway@globeranger.com>
**Cc:** Philip Gaudreau - Contact <pgaudreau@globeranger.com>; Kitchen, Louise <louise.kitchen@uk.fujitsu.com>
**Subject:** Re: Response to your email

I'm sorry to hear that is your decision despite the amount of evidence I've provided to support my request for more severance. After thinking about things, while this is a small amount of money, it has become a matter of principle for me and I'm going to pursue damages since we can't reach an agreement. Who should my attorney contact about next steps?

On Tue, Dec 19, 2017, 4:03 PM Dominic Lanaway <dlanaway@globeranger.com> wrote:

> Jeremy
>
> I'm sorry that you feel this way but I'm really at a loss as to what more I can say. What has been paid to you has already been enhanced to our standard approach therefore we won't be increasing it further.
>
> Regards
>
> Dominic Lanaway
>
> Vice President Global Sales
> GlobeRanger Fujitsu



214-616-7355

From: Jeremy Thacker <jeremy@jeremythacker.com>
Sent: Monday, December 18, 2017 12:11 am
Subject: Re: Response to your email
To: Dominic Lanaway <dlanaway@globeranger.com>
Cc: Philip Gaudreau <pgaudreau@globeranger.com>, <louise.kitchen@uk.fujitsu.com>

I haven't heard back after my last email. Should I expect a response or assume that GlobeRanger isn't willing to do anything additional? If you could let me know either way, I'd appreciate it.

On Tue, Dec 12, 2017, 1:24 AM Jeremy Thacker <jeremy@jeremythacker.com> wrote:

Dom,

I appreciate your email. I'm not trying to exacerbate this situation. I'm sorry that this conversation is taking up so much time as I believe we're all ready to just move on. With that said, it's important to me for you to understand where I'm coming from and why I feel the way I do. I've addressed the major points of your email in as much detail as I thought bearable (although I'm probably way off in my estimate).

1) A significant draw - I received a draw of $3,750 per month for three months or $11,000 total. I would not call this significant but pretty well standard and customary. In addition, the entire interview process I was told that the base salary for the position was $120K. Not until I received my offer letter on May 19 was any other amount even discussed. I received my offer letter on May 19 and was told that I had to accept by May 22.

2) Perceived change in attitude - I would like to address this head on because I've only addressed my "change in attitude" because of Phil's assertion that I had a "negative attitude". I do NOT think I had a negative attitude but a realistic and non-rose-colored-glasses attitude. I was only referring to Phil's assessment. I thought we were making mistakes in our approach and missing key information before going to market. I expressed those concerns so if that's negative then fine but I don't see it that way.

3) Change in attitude - During my calls with Dennis, I was encouraged and supportive of the plans the company was making. I still believe the approach was the correct approach for the company. In addition, I was under the impression that the company understood that it hadn't delivered on it's part of the compensation package and that would be remedied in Atlanta or shortly after. The reason I was excited about the Aviation vertical was threefold: A) Market potential as stated by Coop B) Complete disdain for police officers C) No other options available. In Atlanta and after, I was excited about the opportunity in Aviation although it quickly became evident that it wasn't as sunny or competitor free as outlined prior. It became very apparent to everyone that Coop was delivering information through a subjective filter. Coop had said that maybe 2% of the aviation vertical was using RFID during our breakout session. After I (not the team) researched our competitors, I discovered 10+ airlines advertised on our competitors websites and they consisted of roughly 50% of the # of tails in the US. In Atlanta and in front of the entire company, you asked "Are you saying we don't expect to sell anything in Aviation in the next 6 months?" and I answered "While I'd love to be wrong, I don't see any data to support any other conclusion." Nobody else on the Aviation team or members of the executive team disagreed. Also, while in Atlanta, it was decided that all development resources and lead generation resources would be dedicated to existing customers and ESAM. EEM wouldn't be getting any additional updates until after the new year at the earliest. I was OK with this because we'd established in Atlanta that the right approach was to gather information understand the market and our competitors before trying to sell anything. The one ray of sunshine that we had was that ANZ had just purchased from us and they could help us establish our value proposition against our competitors. At IATA, we heard Delta speak of their engagement with ASD which was VERY different than how Coop had described it in Atlanta. Delta seemed very happy with ASD mentioning them several times during their presentation and explaining how they were using ASD for much more than just emergency equipment in direct conflict with Coop's description. Then ASD who sponsored and presented at the conference spoke and was well received. They were clearly well-established and positioned within the aviation space. On our way to dinner with ANZ, I told Phil (privately not within earshot of the customer) that I thought the opportunity in Aviation was great but not in the near term and not necessarily for EEM. I explained that we had an established competitor with big name customers, development team



dedicated to only aviation, much broader product with more options, and momentum and history. He became upset when I said that but it was and is the truth. I explained that it's hard to compete with them when their product and history in aviation is better and we can't even demo our solution. With great certainty, he told me that we could absolutely demo the product and he'd set that up with Coop so we could do it together. At dinner with ANZ, Phil and I had a very candid and revealing conversation with Murray. He explained that he'd been working with Coop for 3+ years and that Coop's commitment was the reason they bought from us. He said the technology wasn't a factor as long as we could support them and our price wasn't better. Coop was the only person willing to fly to NZ to meet with them and that meant a lot. In total, our team had 4 to 6 flights to NZ during the pre-sales process. This was very discouraging because in no way was it repeatable. For me covering the US market, there weren't going to be situations like ANZ because our competitors could and would be able to travel to any North American market. The next day, Coop told him in person that he could schedule the demo with him. Phil G told me on a call the next day that Coop was going to schedule a demo for us the following week. On that same call with Phil G, I explained that I wasn't negative but I wasn't going to lie and say it's all perfect. I felt like we had an understanding. During the following week or two, we had our EEM calls which I was the ONLY person to join all scheduled calls including when I was on vacation. For whatever reason, I completely abandoned the approach that we had decided upon as a group in Atlanta to survey the market and gather information and instead was told that we needed to start cold-calling. When I asked what the value proposition was on several occasions, Phil G would provide me with the value proposition for RFID. Based on what we'd seen and found out via research, a large number of customers were already using RFID in numerous different ways and it seems extraordinarily unlikely that they were not already aware of the benefits of RFID. I explained that I needed to understand why a competitor would buy from us rather than from one of our competitors when they had big name customers, the same or lower price point, superior technology, and a broader offering in aviation. NOBODY was able to answer this question on the multiple occasions that I asked it. Phil G said he was going to prepare a written value proposition but never delivered on it (this call is recorded to if needed) To further support my hypothesis, I reached out to IATA directly to find out any statistics they had on RFID. They told us that in 2012 (5 years ago) that 80% of their members were interested in RFID. Currently, they knew of 20 airlines that were implementing or had implemented RFID. Please consider that we only identified 50 or so airlines as potential customers and many of them aren't IATA members. This market was not untapped, uneducated, or unworked like any of us thought in the beginning. During all of this, I received a comp plan that was contingent upon selling multiple deals by end of fiscal year which we had already announced wasn't likely possible in Atlanta. When I addressed this with Phil, he agreed and we scheduled a call with you. During the call with you, you agreed and told me to expect clarity on the activity bonuses the following week. That clarity never came nor did the docking station. During this time, I identified all airlines in my patch and entered all details meticulously into SF. Without any tools provided by the company, I researched the companies and contacts and entered that information as well. I worked with Marques to setup SF properly and establish automation with Outlook. I created the structure for EEM content in Sharepoint, uploaded and organized all information, and distributed it to the rest of the team. Through the day that I was terminated, I never heard of Tom or his team contacting anyone or providing any insightful data.

4) Lack of data in Aviation - Salesforce had been in place less than 2 weeks prior to my termination. I had EVERY airline in my territory entered in SF. I had numerous contacts entered for many accounts as well along with LinkedIn url's to each contact. Up until 3 days before my termination, I was told that we would NOT need to enter cold calls or non-pertinent information into SF. The only information that needed to be seen was important info. After SF training, Phil changed his mind regarding that. I had roughly 25 accounts to call on in total. I had been working in aviation vertical for about a month. I had been a live demo of our product never. I was given no differentiates between us and our superior competition. When I tried to identify the titles of the correct contact person at these large, bureaucratic organizations, Coop refused to tell me anything other than VP of Maintenance while the decision maker at our only customer's title was not VP of Maintenance nor anyone involved in the RFP's I had access to. During the next 2 days, I'd love for any of you to source the VP of Maintenance at an airline with 50+ tails, find his contact info, and have a meaningful conversation with them. It's completely unreasonable to expect that to happen. These aren't some mid-level employee at one of a thousand small law enforcement agencies in the US. This type of sales requires research and understanding which is EXACTLY what I was doing and gaining. Ask Top Table how long it takes to establish a discovery call with a VP level before you act like the little data that we had in aviation was some type of failure.

Which other vertical has established the # of targets, minimum % of market penetration by competitors, and entered all information into SF?

5) Agreed to in Atlanta - I didn't agree to cold call VPs blindly with no ability to demo and no bandwidth to make product changes in the near future when my compensation literally had $0 to do with anything other than actual sales revenue. Any bonus that wasn't specifically defined or quantified isn't real. The irony of saying that we had very little data in Aviation begs the question "Then how were we ready to go to market?". The course of action agreed to in Atlanta was to establish a deep understanding of the aviation market, competitive landscape, and value proposition

BEFORE trying to sell anything. I did NOT agree to start cold calling and scheduling demos (especially when we couldn't provide one) prior to that. To be accused of not following through on what I did not agree to by the people who didn't follow up on what was completely agreed to is hard to swallow. There is no confusion or room for interpretation when it came to when I was supposed to receive updated compensation plans based on realistic expectations. It was NEVER based on establishing a baseline of activity to establish a comp plan down the road. Even if it were, I would have never agreed to that. Since when is it an employee with no stock options, equity, or vested interest in the success of the company's role to take on the risk of uncertainty. The company is responsible for establishing a comp plan that is reasonable and attainable and in line with what was established in the offer letter. Instead of acting me to risk waiting on you to establish a comp plan that is fair, the company and those that gain the most by the company succeeding should take the risk of providing a comp plan that might be too rich. Instead, the company acted as if I was an owner or stakeholder when I wasn't. If I didn't sell anything, I had no expectation of fair compensation for any activities regardless of whether I had any control of the success of those activities. I would have NEVER agreed to come to work at a company that had a commission plan based on measurements that had been agreed upon weeks prior as unattainable with only the promise to make it right later on. I've heard that story before and so have you and we both know how it ends.


So to summarize all of that detail, after 6 months of ramp up and 3 months after draw had ended, we were told that we were starting over in Atlanta. During our time in Atlanta, we discovered that EEM was nothing quite like described previously regarding competitive landscape, product superiority, or untapped market. Afterwards, I was told to start making sales calls even if they failed and were unsuccessful YET I was only going to be paid if they were successful. I was told that accurate information would be seen as valuable regardless of whether it was positive or negative for our current situation WHILE being portrayed as having a "negative" attitude for doing nothing more than presenting/requiring accurate information and asking hard questions.

6) Vacation - I took off work 4.5 days for vacation. While on vacation, I was on two Aviation team calls. I cut my vacation short by a day to be able to go to Montreal. I had to pay for a $300+ flight for Kristin to fly home to Phoenix + a $100 hotel in CA because we were driving together until I needed to go to Montreal. The net result isn't an extra 2 weeks.

To try to put an end to this, I believe 6 weeks is an acceptable amount of severance based on the circumstances and the entire picture. If I agree with you and say that I received an extra week of vacation pay, that leaves us with 3 weeks to make me whole. I'm going to send back the laptop and complete my expenses regardless because it's right. I'll take responsibility for being terminated too but I'd like to see the company take responsibility for the broken promises and bad position it left salespeople in as well. If I'd received a fair and realistic comp plan based on measurements within my control, I'd have been much more apt to participate in activities I didn't see as succeeding.


In addition, I've attached the email that I wrote to you in August but never sent to you but sent to Dennis in September when we started talking. The things I said in that email never changed. See below:

*Dennis,*
*It was great talking today. I feel a renewed sense of hope and purpose. Many of the items that I brought up below seem to be things we are in agreement on.*
*As I said on the phone, I didn't send this email to Dom because I didn't want it to be misinterpreted as me bitching, blaming, or thinking I know it all. I hope it comes across as intended. I'm sending it without edits.*
*Jeremy Thacker*
*Enterprise Sales*
*GlobeRanger, A Fujitsu Company*
*M: (469) 855-3464*


*To Effectively Close Business*
*Simple Pricing Live Demo at Anytime*

H of 10

*To Effectively Prospect*
*CRMCase Studies with ROI or Great Marketing*

*To Close $1M / Quarter*
*Know All*
*Steady Flow of Inbound Leads*

*Foundational Principles*
*Eliminate Bottlenecks*
*IT Support*
*Communication Easy Access to Materials & Information*

*Dom,*

*You asked for my list of things that I need to close business so I'm providing it. Since you asked for my thoughts, I hope it will be taken in that spirit because, by no means, am I trying to tell anyone how the business should be run or that I've got all the answers in any area. Any deficiencies are our deficiencies because we are a team in this together. I'm not trying to assign blame to anyone or shuck my own responsibility. I am willing to make whatever changes need to be made to become more effective in my role.*

*I think the word "effective" is a good place to start. For me, I spend most of my time and energy thinking of how I can be more effective in my life, in all areas. I hate waste. I feel like I'm getting old and running out of time and I don't want to spend one minute doing things that aren't delivering max results. Currently, I don't feel like I'm able to deliver max results in my role at GR due to some key foundational items. I've put a lot of thought into this since our conversation last week and tried to get to the key, root issues. My initial conclusion is that we, the sales team and management, need to re-examine our expectations of one another and reach a written and agreed upon sales contract. The reason I say this is because I believe the things that are being asked of the sales team are not realistic in the current environment. While everyone has been fair and empathetic as things have changed, I can't imagine that will last too much longer and, frankly, I'd like to get out ahead of it if at all possible. I, also, know that GR acknowledges many if not all of the issues that I'll point out below. I, absolutely, believe things are moving in the right direction and the intent of this email is to help them continue in that direction. No more disclaimers, here we go:*

*To effectively close sales in software, I need to be able to do a live demo of our software/solution at anytime from any pc with an internet connection. Not a recorded video, not slides, not a loop. If we are selling software in 2017 and don't have the ability to demo it, we are not selling SaaS or even software licenses; we are selling custom software and consulting. This isn't a "nice to have" but a fundamental requirement to be effective in modern software sales. If I can't pull out a laptop and show the customer the solution, we've got nothing to sell them.*

*The other sales' fundamental missing from our bag is the ability to give a customer a price quote or proposal quickly and easily. Currently, as a salesperson, I've got to get pricing and sign off from, at least, 4 different parties internally before I even have the ability to quote price or offer a proposal to a customer. I've got to get my SE to put the solution together, then it's got to go to Henry, to ProServ, discussed with you, Adam in contracts needs to review it, and I'm not even sure that it's limited to that many people. It's not realistic to have a customer wait weeks and likely months before getting pricing from us. As a salesperson, I, without any help or input from other people, should be able to calculate pricing and offer budgetary pricing to customers during an initial conversation assuming certain key components can be answered in our discovery call. If I can't do this, I look like the car salesperson who has to go get pricing from his manager in the other room. It makes me look like an amateur who doesn't know anything about our solution and like this is all*

5 of 10

brand new to me. We need a price list that is simple and easy to understand by both sales and the customer. EVEN if it's wrong to start and needs to be adjusted up or down as we go, we need a price list.

To effectively do lead generation, you've got to have a working CRM that can handle email campaigns and templates as well as call-center type phone systems. To expect salespeople to be randomly cold-calling lists that they dig up and taking notes on pencil and paper or a spreadsheet is just not realistic. While I'm certain that some people are willing to do this and/or may have previous relationships in our verticals that they can call, I'm not in that boat. I can't imagine a more ineffective use of my time at the moment. Don't get me wrong, I'm not above cold-calling or lead generation although I certainly don't think any of us signed-up to be Sales Development at this stage in our careers. With that said, effective lead generation requires the right tools and mindset to be successful in that role. It requires automation of phone and email follow-up with pre-written and well-thought-out materials. On top of that, it requires day-to-day consistency which can't be achieved when travelling or engaged in an Enterprise-level opportunity.

Another fundamental for effective lead generation is being able to deliver case studies of current customers to similar customers. As a salesperson, I need to be able to say that Jack at "Similar Company to Yours" uses our solution to save $X million every year and freaking loves us and I'm going to send over a slick showing how you can benefit from our solution too. Even the most tenacious of cold callers has got to have an "in" to get past the resistance that we all have to being "cold-called".

To be able to hit $1M per quarter, not only are the things above required but they've got to be dialed-in. Our product and pricing need to be so targeted that I know the cost, solution, objections, and sales cycle in the first 15 minutes of a conversation with a customer. I need to be able to disqualify customers quickly and spot the right customers from a mile-away. To do those kind of numbers, the organization has to be firing on all cylinders. These kind of numbers can only be reached by EVERYONE REPEATING the same process day in and day out. Allowing anyone or any department to deviate from selling anything other than our tried and true bread and butter offering will keep us from consistently hitting those numbers or ever hitting them as a team. Resources will be unevenly distributed and salespeople won't have the tools/resources they need because they are being used in another location. As a salesperson, I need CONTROL of my own destiny if I'm expected to agree to certain parameters. I can't be held to a standard of X unless certain criteria are met by the company. If the company has the mindset that I should hit my number no matter what, I've got a fundamental disagreement with the company and I'm probably not a great fit. For example, if I need an SE to create a ROM before I can get pricing but my SE is being pulled beyond his capacity and, therefore, it takes a month after meeting with clients to get me that pricing then that changes EVERYTHING. In 30 days, the customer loses interest and trust. We lose momentum and the bond we had during our in-person. The chances of us closing that individual sales goes down exponentially and even if we somehow we do end up closing the deal, it's now 30 days behind schedule from that 1 issue. Once you take into consideration, the 5 different parties that it takes to get pricing, you can see where the sales momentum comes to a screeching halt. As I've told you prior, what you did last year was amazing and I'm not taking away from that at all but I must point out that you had access to almost all of the companies resources and tools. You had Warren, who from what I've seen so far, is the only person capable of giving a demo. You can call Henry or Joe or anyone and, actually, get a call back, or you're in the office and able to hear what's going on in meetings or hunt someone down in the office. Being remote and not the only salesperson, we don't have any of those luxuries although they should be givens not luxuries.

I believe that accountability must be a 2-way street if it's expected to work or be taken seriously. If you expect me to work 50 hours per week, I expect my work to be effective and not just being busy. If I'm expected to generate leads, I expect to have the tools to do it effectively. If I'm expected to close business, I need to be able to present a solution and price it quickly to make my sales efforts effective. If I'm expected to produce huge numbers, I expect the company to be able to show me the exact plan of how it happens broken down to a granular level while, also, guaranteeing that the resources and tools that make up that plan will be

6 of 10

*available to me as well. Dom, it's unrealistic and, frankly, a waste of time to ask any of us if we can hit a million when, literally, nobody in the company can write a business/sales plan that shows how someone could do it with the resources and product that we have in place. I think you've got an amazing salesforce in place with a history of proven track-record in NEW revenue sales...and we are all struggling because we are missing the fundamentals of what we need to do our jobs. While there seems to be a sense of urgency around this, we just passed the 90 day mark and we still don't have a CRM, marketing materials, price list, demo, docking stations, etc. I'm, certainly, NOT blaming that on you because I know that you can only control what you can control. But if we can't have honest conversations about that truth while being asked how we are going to hit $1M next quarter, then we are all doing each other a huge injustice.*

*Back to my disclaimers, I am still onboard and see the good in what's happening. I'm still positive and plan on making this work in any way that I can even if that means doing things no in my job description like the Sales Resource Center I had Kristin put together. I believe we've got tremendous upside. I just know that A x B = C. If A is individual salesperson's contribution and C is revenue target, if B is sales tools and resources and it equals 0, there is no way to get to hit the target for C without anomaly or one-off but it's definitely not sustainable. We need all pistons to fire to hit our expected targets. We are all ready to work our asses off but if you run an engine with no oil, you're going to burn it out. I know I'm not telling you anything you don't know because it's exactly what you told me about Top Table guys. They need encouragement because it's hard to give your all and get very little or nothing back from the hard work you put it. If you give your best, you want to see results. When Jose called me last week to ask about how to go after PD's in my area, I only have one question: Are we wasting our time? How do we know if we are wasting our time? Do we have a solution to the problems that the PD's face? Are we willing to sell it in a way that they are willing and able to procure it easily? I don't care if our price is too high out of the gate or if the solution is not perfect. What I want to know is if we are fully committed to win this business even if it means losing $ at the beginning because we see the potential in the market. If the company wants me to pursue existing relationships and sell a solution that isn't fully-baked or productized then I expect the company to be fully-committed to winning that business. Sometimes it feels like this is the gold rush or walking up and down the beach with a metal detector instead of buying a plot of land and really mining it.*

*At this stage in my life, I'm a miner. I want to make my bets and live or die with the people who make those bests with me, customers and coworkers. I want to be a subject matter expert and be able to look people in the eyes and tell them we are going to deliver. I want to tell people that this, whatever this is, is exactly what we do and we eat, drink, and sleep it. We are committed to being the best at this even if we lose money on some deals because we believe that being the best will pay dividends in the long run. If you haven't read Elon Musk's email to Tesla employees regarding price discounting and value, I encourage you to read it. It's inspiring and what should aspire to or better yet, start being immediately.*

On Mon, Dec 11, 2017 at 1:44 PM Dominic Lanaway <dlanaway@globeranger.com> wrote:

Jeremy,

7 of 10

I would like to respond to some points you raise, while being conscious of the difficult conversations that these circumstances create.

Firstly the matter of compensation – understanding the nature of the place that GlobeRanger is in while it defines the markets, improves and creates existing and new applications is always a difficult balance to create. One of the reasons that we provided a significant draw to the new sales people for the first three months was to acknowledge this environment and provide additional pay in addition to the healthy salary we pay to sales people who join.

This was not an insignificant amount of money and we talked, as you referenced in your email, about an additional bonus scheme to support the continued growth and maturing of the Aviation market as well as the other markets we are focused on to reward the effort and endeavour required by the sales people to drive pipeline, activity and create self-generated leads. Creating these 'activity-based' bonuses is a complex piece of work, balancing what is possible and what is achievable in new markets. Our aspiration was to provide this addendum in a timely manner. However, taking data from forecast calls, Salesforce from a lead perspective as well as self-created meetings was the mechanism to enable us to create these short-term activity-based bonuses.

A challenging lack of data in the Aviation US space made this difficult.

This leads me to a second point I would like to respond to – the change in attitude you outline. Given the content and time in Atlanta we spent and in this situation more importantly the time leading up to Atlanta, I am confused as to how this was a reflection on GlobeRanger. To help you through this transition and change we took great time in ensuring we were transparent and fair in both the timeframe and lead up to this change. Not only did you and I talk through this, the company then created time for you to have numerous conversations with the CEO and the consistent message from you was one of enthusiasm and understanding the impression during this time was that you understood the rationale and were supportive.

To find out now that this was not where you were in your own mind is clearly frustrating and very disappointing. The lack of activity clearly reflects the mind-set you were in – we again were very clear as to the nature of the role and the activities that would be required to happen – calls, prospecting, having conversations with customers, creating meetings, conference calls – all things that did not happen.

We were consistent with our messaging and position – there was little collateral to work with and much of the data that would be gathered from the market you were operating in would need to come from the sales people through self-generated activities. I understand that this may not be your preferred way of working but it was the strategy that the business signed up to, discussed in Atlanta and agreed to commit to as a team.

8 of 10

I would also add that as you didn't book vacation via the online system you have been paid 50.80 for accrued vacation which was assumed to be untaken however I'm aware that you have taken vacation since June.  This takes the total additional pay to almost a month which I believe is fair.

I am sad that it came to this point and as you say in your email, bear no ill-will towards you and wish you the very best in your future endeavours. As you stated in your kind email to me back in the late summer – I have always believed that encouraging opinions and discussions from our colleagues and co-workers is the right thing to do. We offered you the chance to travel to Montreal as another way of helping you gain market knowledge and so I am sad that this trip was an inconvenience to you – we would never ask or expect people to travel and cancel pre-planned vacation.

However I will conclude by saying that decisions such as this are never taken lightly – they are taken with no absence of sadness and disappointment and with expectation that we behave with courtesy, honesty and respect.

Regards,

**Dominic Lanaway**

Vice President Global Sales, GlobeRanger

Cell:+1 (214) 616-7355

E-mail:dlanaway@globeranger.com

This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error, please notify the system manager. This message contains confidential information and is intended only for the individual named. If you are not the named addressee, you should not disseminate, distribute or copy this email. Please notify the sender immediately by email if you have received this email by mistake and delete this email from your system. If you are not the intended recipient, you are notified that disclosing, copying, distributing or taking any action in reliance on the contents of this information is strictly prohibited.

9 of 10

This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error, please notify the system manager. This message contains confidential information and is intended only for the individual named. If you are not the named addressee, you should not disseminate, distribute or copy this email. Please notify the sender immediately by email if you have received this email by mistake and delete this email from your system. If you are not the intended recipient, you are notified that disclosing, copying, distributing or taking any action in reliance on the contents of this information is strictly prohibited.

