**Jaburg & Wilk, P.C.**
3200 N. Central Avenue, 20th Floor
Phoenix, AZ 85012
602.248.1000

Kraig J. Marton (003816)
kjm@jaburgwilk.com
Jeffrey A. Silence (029143)
jxs@jaburgwilk.com

Attorneys for Plaintiff Thacker

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jeremy Thacker,<br><br>Plaintiff,<br><br>v.<br><br>GPS Insight, LLC; Robert Donat, individually,,<br><br>Defendants. | Case No. 2:18-cv-00063-DJH<br><br>**PLAINTIFF'S MOTION SEEKING LEAVE OF COURT TO FILE ONE CONSOLIDATED MOTION ADDRESSING UNRESOLVED DISCOVERY ISSUES AND REQUEST FOR DISCOVERY SANCTIONS**<br><br>(Assigned to Honorable Diana J. Humetewa)<br><br>**(Request for Expedited Ruling and Evidentiary Hearing)** |

Pursuant to the Court's Order (Doc. 69), the parties have now met and conferred (telephonically on July 27 and July 31, 2018) to discuss the 59 issues that Plaintiff, Jeremy Thacker ("Jeremy"), raised in his June 18, 2018 discovery letter to Defendants. The parties resolved some issues but have reached an impasse as to 32 of the 59 issues.

**Plaintiffs' Position**: In addition to seeking a Court ruling addressing these 32 unresolved issues, we will be seeking sanctions for Defendants' failure to preserve and/or disclose highly relevant information. Pursuant to the Scheduling Order, Jeremy is limited to two pages for discovery disputes. (Doc. 23 p. 4:14-23). Pursuant to the Court's recent minute entry (Doc. 69), the Court granted Jeremy seven pages (with twelve pages of attachments) to explain his position as to any unresolved discovery

issues (presently 32 unresolved issues) arising from his June 18, 2018 letter. The Court also gave Jeremy the opportunity to file a 2-page motion (with 5 pages of attachments) addressing his concerns about Defendants' 30(b)(6) witnesses being unprepared to answer the questions about the topics for which they were each designated. (Doc. 69).

The unresolved discovery issues (many of which are not addressed in the June 18 letter) are so numerous and foundational that Plaintiff seeks guidance from the Court on how to present all of these issues to the Court. Jeremy believes that the most efficient way to present <u>all</u> of the remaining discovery issues is through one consolidated 25-page motion (with 25 pages of attachments). This will afford Jeremy an opportunity to outline the relevant facts and issues in one cohesive motion that outlines the entirety of what we contend are significant discovery violations. Jeremy realizes this is far beyond the two-page (and seven-page) limit, but he believes that this would to be a more efficient approach than filing multiple discovery motions as to each of the many unresolved issues. Jeremy will also be seeking sanctions for Defendants' admitted spoliation of evidence and refusal to produce relevant information, despite repeated requests. This one motion will address <u>all</u> unresolved discovery issues including Jeremy's request for sanctions.

Jeremy's seven-page discovery motion is due August 16, 2018. Jeremy therefore seeks an **<u>expedited ruling</u>** addressing this request. Jeremy also requests an evidentiary hearing to address these issues after they have been fully briefed.

**<u>Meet and Confer Efforts:</u>** Jeremy's counsel sent an email to defense counsel, Stefan Palys, asking him to provide his response to this discovery motion, as required by the Court's Scheduling Order. Mr. Palys responded via email by stating, "Your motion does not fall within the scope of the judge's joint statement procedure. We will not join in it." Jeremy's counsel then sent a follow up email stating, "In what way does our motion not fall within the scope of her procedure? Please be specific." Mr. Palys responded, "Joint motions are to raise discovery disputes. You're asking to alter briefing

procedures." Mr. Palys then later responded in a separate email, "When you file a motion I will respond to it. I'm not jointly filing one for the reason I already said."

DATED this 7th day of August, 2018.

**Jaburg & Wilk, P.C.**

s/Kraig J. Marton
Kraig J. Marton
Jeffrey A. Silence
3200 N. Central Avenue, 20th Floor
Phoenix, AZ 85012
Attorneys for Plaintiff Thacker

*Certificate of Service*

I hereby certify that on the 7th day of August, 2018, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing, and for transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Carrie M. Francis
Stefan M. Palys
Michael A. Vincent
Stinson Leonard Street, LLP
1850 North Central Avenue, Suite 2100
Phoenix, Arizona 85004-4584
Carrie.francis@stinson.com
Stefan.palys@stinson.com
Michael.vincent@stinson.com
Attorneys for Defendants GPS Insight, LLC

Timothy B. O'Connor
Schneider & Onofry, PC
365 East Coronado Road
Phoenix, Arizona 85004
toconnor@soarizonalaw.com
Attorneys for Defendant Donat

s/ Kim Rogers

141296755.1