Carrie Francis (020453)
David C. Onuschak (033405)
**STINSON LEONARD STREET LLP**
1850 North Central Avenue, Suite 2100
Phoenix, Arizona 85004-4584
Tel: (602) 279-1600
Fax: (602) 240-6925
Email: Carrie.Francis@stinson.com
Email: David.Onuschak@stinson.com
Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Gabriela Sherman, a married woman filing individually,<br><br>Plaintiff,<br><br>v.<br><br>1st Bank Yuma, an Arizona State Chartered Bank,<br><br>Defendant. | No. 2:18-cv-00686-SRB<br><br>**NOTICE OF SERVICE OF DISCOVERY RESPONSES** |

Defendant 1st Bank Yuma, certifies that it served Defendant's Responses to Plaintiff's First Set of Non-Uniform Interrogatories and Defendant's Response to Plaintiff's First Set of Requests for Production of Documents by email on August 8, 2018 to counsel of record for Plaintiff.

RESPECTFULLY SUBMITTED this 8th day of August, 2018.

**STINSON LEONARD STREET LLP**

By: */ David C. Onuschak*
Carrie M. Francis
David C. Onuschak
1850 North Central Avenue, Suite 2100
Phoenix, Arizona 85004-4584
Attorneys for Defendant

CORE/1001315.0006/141796771.1

# CERTIFICATE OF SERVICE

I hereby certify that on August 8, 2018, I electronically filed the foregoing with the Clerk of the Court for the U.S. District Court for the District of Arizona by using the CM/ECF System. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system:

Michael R. Pruitt
Nathaniel J. Hill
JACKSON WHITE P.C.
40 North Center Street, Suite 200
Mesa, AZ  85201
Attorneys for Plaintiff

By: */s/ C. Roundtree*

CORE/1001315.0006/141796771.1