Carrie M. Francis  (020453)
Stefan M. Palys  (024752)
Michael Vincent  (029864)
**STINSON LEONARD STREET LLP**
1850 North Central Avenue, Suite 2100
Phoenix, Arizona 85004-4584
Tel: (602) 279-1600
Fax: (602) 240-6925
Email:  carrie.francis@stinson.com
        stefan.palys@stinson.com
        michael.vincent@stinson.com

Attorneys for Defendants

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Jeremy Thacker,<br><br>               Plaintiff,<br><br>v.<br><br>GPS Insight, LLC; Robert J. Donat, Individually and as Trustee of The Robert Donat Living Trust Dated April 19, 2017;<br><br>               Defendants. | No. 2:18-cv-00063-PHX-DJH<br><br>**DEFENDANTS' NOTICE OF ERRATA** |

    Defendants hereby notify the Court that they erroneously filed Doc. 77 in this matter. Defendants intended with Doc. 77 to file a Notice of Service of Supplemental Disclosure Statement for their Seventh Supplemental Disclosure Statement, but inadvertently filed the incorrect document from an unrelated matter.

    Along with this Notice of Errata, Defendants will be filing today the correct Notice of Service of Supplemental Disclosure Statement.

    RESPECTFULLY SUBMITTED this 9th day of August, 2018.

                                          **STINSON LEONARD STREET LLP**

                          By:   /s/ Michael Vincent
                                  Carrie M. Francis
                                  Stefan M. Palys
                                  Michael Vincent

CORE/3505308.0002/141813218.1

1850 North Central Avenue, Suite 2100
Phoenix, Arizona 85004-4584
Attorneys for Defendants

CORE/3505308.0002/141813218.1

**CERTIFICATE OF SERVICE**

I hereby certify that on August 9, 2018, I caused the foregoing document to be filed electronically with the Clerk of Court through ECF; and that ECF will send an e-notice of the electronic filing to:

Kraig J. Marton
Jeffrey A. Silence
Jaburg & Wilk, P.C.
3200 N. Central Avenue, 20th Fl
Phoenix, AZ 85012
kjm@jaburgwilk.com
jxs@jaburgwilk.com
*Attorneys for Plaintiff*

Timothy B. O'Connor
Schneider & Onofry, PC
365 East Coronado Road
Phoenix, Arizona 85004
toconnor@soarizonalaw.com
*Attorneys for Defendant Donat*

*/s/ C. Roundtree*

3

CORE/3505308.0002/141813218.1