Carrie M. Francis (020453)
Stefan M. Palys (024752)
Michael Vincent (029864)
**STINSON LEONARD STREET LLP**
1850 North Central Avenue, Suite 2100
Phoenix, Arizona 85004-4584
Tel: (602) 279-1600
Fax: (602) 240-6925
Email: carrie.francis@stinson.com
      stefan.palys@stinson.com
      michael.vincent@stinson.com

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Jeremy Thacker,<br><br>        Plaintiff,<br><br>v.<br><br>GPS Insight, LLC; Robert J. Donat, Individually and as Trustee of The Robert Donat Living Trust Dated April 19, 2017;<br><br>        Defendants. | No. 2:18-cv-00063-PHX-DJH<br><br>**DEFENDANTS' NOTICE OF SERVICE OF SUPPLEMENTAL DISCLOSURE STATEMENTS** |

Defendants hereby give notice, pursuant to General Order 17-08, of service upon Plaintiff of Defendants' Seventh Supplemental Disclosure Statement by e-mail on August 9, 2018.

RESPECTFULLY SUBMITTED this 9th day of August, 2018.

                                  **STINSON LEONARD STREET LLP**

                      By:   /s/ Michael Vincent
                              Carrie M. Francis
                              Stefan M. Palys
                              Michael Vincent
                              1850 North Central Avenue, Suite 2100
                              Phoenix, Arizona 85004-4584
                              Attorneys for Defendants

# CERTIFICATE OF SERVICE

I hereby certify that on August 9, 2018, I caused the foregoing document to be filed electronically with the Clerk of Court through ECF; and that ECF will send an e-notice of the electronic filing to:

Kraig J. Marton
Jeffrey A. Silence
Jaburg & Wilk, P.C.
3200 N. Central Avenue, 20th Fl
Phoenix, AZ 85012
kjm@jaburgwilk.com
jxs@jaburgwilk.com
*Attorneys for Plaintiff*

Timothy B. O'Connor
Schneider & Onofry, PC
365 East Coronado Road
Phoenix, Arizona 85004
toconnor@soarizonalaw.com
*Attorneys for Defendant Donat*

*/s/ C. Roundtree*

CORE/3505308.0002/141809754.1