**Jaburg & Wilk, P.C.**
3200 N. Central Avenue, 20th Floor
Phoenix, AZ 85012
602.248.1000

Kraig J. Marton (003816)
kjm@jaburgwilk.com
Jeffrey A. Silence (029143)
jxs@jaburgwilk.com

Attorneys for Plaintiff Thacker

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jeremy Thacker,<br><br>　　　　Plaintiff,<br><br>v.<br><br>GPS Insight, LLC; Robert Donat, individually,,<br><br>　　　　Defendants. | Case No. 2:18-cv-00063-DJH<br><br>**NOTICE OF SERVICE OF PLAINTIFF'S THIRD SUPPLEMENTAL DISCLOSURE STATEMENT**<br><br>(Assigned to Honorable Diana J. Humetewa) |

Plaintiff here gives notice, pursuant to General Order 17-08, of service upon Defendants of Plaintiff's Third Supplemental Mandatory Discovery Responses on August 1, 2018.

DATED this 14th day of August, 2018.

**Jaburg & Wilk, P.C.**

s/ Jeffrey A. Silence
Kraig J. Marton
Jeffrey A. Silence
3200 N. Central Avenue, 20th Floor
Phoenix, AZ 85012
Attorneys for Plaintiff Thacker

20071-20071-00001\JXS\KMR\3210479.1

<u>***Certificate of Service***</u>

**ORIGINAL** of the forgoing emailed this 14th day of August, 2018 to:

Carrie M. Francis
Stefan M. Palys
Michael A. Vincent
Stinson Leonard Street, LLP
1850 North Central Avenue, Suite 2100
Phoenix, Arizona 85004-4584
Carrie.francis@stinson.com
Stefan.palys@stinson.com
Michael.vincent@stinson.com
Attorneys for Defendants GPS Insight, LLC

Timothy B. O'Connor
Schneider & Onofry, PC
365 East Coronado Road
Phoenix, Arizona 85004
toconnor@soarizonalaw.com
Attorneys for Defendant Donat

s/ Kim Rogers