# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jeremy Thacker,<br><br>    Plaintiff,<br><br>v.<br><br>GPS Insight LLC, et al.,<br><br>    Defendants. | No. CV-18-00063-PHX-DJH<br><br>**ORDER** |

The Court has considered the parties' Stipulation for Insurance Representatives to Appear Telephonically at Settlement Conference (Doc. 86).  Good cause appearing,

IT IS ORDERED granting the Stipulation (Doc. 86).

IT IS FURTHER ORDERED that representatives from Defendants' insurers involved in the defense of this lawsuit may appear telephonically at the settlement conference set for **August 27, 2018 at 1:30 p.m.**  Representatives shall initiate a conference call to Chambers (602-322-7620) promptly at 1:30 p.m. Mountain Standard Time on August 27, 2018.  Due to the quality of phone call reception in the courtroom, all representatives must be on a land line; cell/mobile phones are not permitted and speaker phones are discouraged.

Dated this 17th day of August, 2018.

Honorable Eileen S. Willett
United States Magistrate Judge