Carrie M. Francis (020453)
Stefan M. Palys (024752)
Michael Vincent (029864)
**STINSON LEONARD STREET LLP**
1850 North Central Avenue, Suite 2100
Phoenix, Arizona 85004-4584
Tel: (602) 279-1600
Fax: (602) 240-6925
Email: carrie.francis@stinson.com
  stefan.palys@stinson.com
  michael.vincent@stinson.com

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Jeremy Thacker,<br><br>  Plaintiff,<br><br>v.<br><br>GPS Insight, LLC; Robert J. Donat, Individually and as Trustee of The Robert Donat Living Trust Dated April 19, 2017;<br><br>  Defendants. | No. 2:18-cv-00063-PHX-DJH<br><br>**DEFENDANTS' NOTICE OF SERVICE OF RESPONSES TO PLAINTIFF'S REQUESTS FOR PRODUCTION** |

Defendants hereby give notice of service yesterday, August 20, 2018, upon Plaintiff of Defendants' responses to Plaintiff's requests for production served July 18, 2018.

RESPECTFULLY SUBMITTED this 21st day of August, 2018.

**STINSON LEONARD STREET LLP**

By: */s/ Michael Vincent*
  Carrie M. Francis
  Stefan M. Palys
  Michael Vincent
  1850 North Central Avenue, Suite 2100
  Phoenix, Arizona 85004-4584
  Attorneys for Defendants

CORE/3505308.0002/141966097.1

# CERTIFICATE OF SERVICE

I hereby certify that on August 21, 2018, I caused the foregoing document to be filed electronically with the Clerk of Court through ECF; and that ECF will send an e-notice of the electronic filing to:

Kraig J. Marton
Jeffrey A. Silence
Jaburg & Wilk, P.C.
3200 N. Central Avenue, 20th Fl
Phoenix, AZ 85012
kjm@jaburgwilk.com
jxs@jaburgwilk.com
*Attorneys for Plaintiff*

Timothy B. O'Connor
Schneider & Onofry, PC
365 East Coronado Road
Phoenix, Arizona 85004
toconnor@soarizonalaw.com
*Attorneys for Defendant Donat*

*/s/ C. Roundtree*

2