1  **Jaburg & Wilk, P.C.**
   3200 N. Central Avenue, 20th Floor
2  Phoenix, AZ 85012
   602.248.1000
3
   Kraig J. Marton (003816)
4  kjm@jaburgwilk.com
   Jeffrey A. Silence (029143)
5  jxs@jaburgwilk.com

6  Attorneys for Plaintiff Thacker

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| Jeremy Thacker, | |
|---|---|
| Plaintiff, | Case No. 2:18-cv-00063-DJH |
| v. | **NOTICE OF SERVICE OF PLAINTIFF'S FIFTH SUPPLEMENTAL DISCLOSURE STATEMENT** |
| GPS Insight, LLC; Robert Donat, individually,, | |
| Defendants. | (Assigned to Honorable Diana J. Humetewa) |

Plaintiff here gives notice, pursuant to General Order 17-08, of service upon Defendants of Plaintiff's Fifth Supplemental Disclosure Statement by email on August 31, 2018.

DATED this 5th day of September, 2018.

                                    **Jaburg & Wilk, P.C.**

                                    s/ Jeffrey A. Silence
                                    Kraig J. Marton
                                    Jeffrey A. Silence
                                    3200 N. Central Avenue, 20th Floor
                                    Phoenix, AZ 85012
                                    Attorneys for Plaintiff Thacker

## *Certificate of Service*

**ORIGINAL** of the forgoing emailed this 5th day of September, 2018 to:

Carrie M. Francis
Stefan M. Palys
Michael A. Vincent
Stinson Leonard Street, LLP
1850 North Central Avenue, Suite 2100
Phoenix, Arizona 85004-4584
Carrie.francis@stinson.com
Stefan.palys@stinson.com
Michael.vincent@stinson.com
Attorneys for Defendants GPS Insight, LLC

Timothy B. O'Connor
Schneider & Onofry, PC
365 East Coronado Road
Phoenix, Arizona 85004
toconnor@soarizonalaw.com
Attorneys for Defendant Donat

s/ Kim Rogers