**Jaburg & Wilk, P.C.**
3200 N. Central Avenue, 20th Floor
Phoenix, AZ 85012
602.248.1000

Kraig J. Marton (003816)
kjm@jaburgwilk.com
Jeffrey A. Silence (029143)
jxs@jaburgwilk.com

Attorneys for Plaintiff Thacker

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| Jeremy Thacker, | Case No. 2:18-cv-00063-DJH |
|---|---|
| Plaintiff, | **NOTICE OF SERVICE OF PLAINTIFF'S SEVENTH SUPPLEMENTAL DISCLOSURE STATEMENT** |
| v. | |
| GPS Insight, LLC; Robert Donat, individually,, | (Assigned to Honorable Diana J. Humetewa) |
| Defendants. | |

Plaintiff here gives notice, pursuant to General Order 17-08, of service upon Defendants of Plaintiff's Seventh Supplemental Disclosure Statement by email on October 15, 2018.

DATED this 15th day of October, 2018.

**Jaburg & Wilk, P.C.**

s/ Jeffrey A. Silence
Kraig J. Marton
Jeffrey A. Silence
3200 N. Central Avenue, 20th Floor
Phoenix, AZ 85012
Attorneys for Plaintiff Thacker

JABURG | WILK
Attorneys at Law

1

2                         ***Certificate of Service***

3

**ORIGINAL** of the forgoing emailed
4   this 15th day of October, 2018 to:

5   Carrie M. Francis
    Stefan M. Palys
6   Michael A. Vincent
    Stinson Leonard Street, LLP
7   1850 North Central Avenue, Suite 2100
    Phoenix, Arizona 85004-4584
8   Carrie.francis@stinson.com
    Stefan.palys@stinson.com
9   Michael.vincent@stinson.com
    Attorneys for Defendants GPS Insight, LLC
10
    Timothy B. O'Connor
11  Schneider & Onofry, PC
    365 East Coronado Road
12  Phoenix, Arizona 85004
    toconnor@soarizonalaw.com
13  Attorneys for Defendant Donat

14
    /s/ Kim Rogers
15

16

17

18

19

20

21

22

23

24

25

26

27

28

2