# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jeremy Thacker,<br><br>    Plaintiff,<br><br>v.<br><br>GPS Insight LLC, et al.,<br><br>    Defendants. | No. CV-18-00063-PHX-DJH<br><br>**ORDER** |

This matter is before the Court on the parties' Joint Stipulation for Extension of Summary Judgment Deadlines. (Doc. 121). Pursuant to stipulation of the parties,

**IT IS ORDERED** granting the Stipulation (Doc. 121) and allowing Plaintiff up to and including November 12, 2018 to file a Response to Defendants' Motion for Partial Summary Judgment.

**IT IS FURTHER ORDERED** granting Defendants a 14-day extension of their deadline to file a Reply in support of their Motion for Partial Summary Judgment.

Dated this 26th day of October, 2018.

_____
Honorable Diane J. Humetewa
United States District Judge