I am sorry you don't get to come along directly. Whether you agree or not, every vote we have received tells us that this is a positive thing for the company.

Go sell some enterprise software and make
a ton of money or do something you want to do as clearly you weren't happy here and will be happier elsewhere.

I'm sorry you think you are deserved some
huge payout. You're not. Especially now that my primary priority of keeping Kristin's family and job safe was ruined by this week's unnecessary events, and you maliciously deleted your 3+ year work email history. You telling (lying to) us you had seen her texts from me and "she didn't know that" painted you as a stalker/hacker and led to the ugly part of this week. And anguished me that she was duped and hacked vs. complicit. I hope and pray (which isn't something I do often) that she's better than the last time I spoke to her. I understand the weight of the world she's been bearing and I'm sorry she has been as understandably stressed as she has been.

I am done talking. I'm happy to listen to one more response from you but anything further will go through my lawyers should you or she choose to go that route. It will be costly and fruitless, and we are certain of that. I expect you to and that's your prerogative, but I hope she doesn't go that route as this situation can easily be forgotten and become a non-issue by the 3 non-participating employees who know the story and deeply care about her (well, 2 of them). There is so much upside at GPSI in 2017 and beyond and I have nothing better to do with it than share with valued employees who have helped us get here. You're only 3 months into this thing and there's a reasonable chance you and she aren't going finish out your lives together. Please don't jack her life up any further Jeremy.

Thanks,
Rob

Sent from my iPhone

On Mar 10, 2017, at 6:40 PM, Jeremy Thacker <jeremy@thackerfamily.com> wrote:

> Since I started with the company I have stored all of my documents in my own personal Google Drive because I travel and work from home and was never given access to company cloud storage (despite my repeated requests) , VPN access to network drives, or even a dedicated laptop until recently. I didn't make a copy of my desktop I just simply disconnected my account from the work pc's.
>
> As far as emails, I used the Netsuite/Outlook integration so all pertinent emails relating to GPS Insight clients still remain attached to their individual records in NS. Everything else is either internal communication which would still remain on the other parties email or personal in nature. The emails that I've forwarded to my personal email are directly related to commissions owed. In addition, I was always under the assumption that the emails could be recovered since it is an Exchange Server hosted by Rackspace.
>
> As it relates to the timing of my termination, I'd "known" I'd be fired since January after I told Jason and Tyler about Kristin informing you of our relationship and your negative reaction to it. Jason responded that it now makes sense why you had stopped by earlier and asked about me transferring to Chicago for the summer. I told them that I was not OK with you telling Kristin that I owed you $3,000 even if it were true and, especially, since it wasn't. Jason asked Tyler to make sure Wayne had informed you I'd paid back the loan in full earlier the previous year. Faces grimaced, they both looked at each other before turning to me and explaining that you know you

can't fire me for dating Kristin but you will be looking for any reason as an excuse to get rid of me. They told me to keep my head down and continue to do what I'd done the previous year. They said if I close the business that I was expected to (and since did) there should be no issue. In the following weeks, I expressed my concern regarding the continuing negative portrayal of me by you to Kristin to both Tyler and Jason. As they seemed to be unable or unwilling to do anything about it, the inevitability of things seemed to be clear. When I became aware of your actions regarding my personal phone call, I took the final step in my preparation of wiping my machine. The reason for that was not to protect my commissions or to destroy property but to try and keep any personal information from being used as a weapon against me, Kristin, or our relationship since there were plenty of examples of that happening prior. I met with an attorney for the first time the day I was fired. I scheduled the appointment on the previous Monday.

On Mar 10, 2017 3:45 PM, "Robert Donat" <rdonat@gpsinsight.com> wrote:

Jeremy,

I'm trying to get my head around your strategy and the extent of your intent to genuinely damage GPS Insight vs. protect your commissions due, etc. Your email earlier stated that you didn't destroy any GPS Insight data. Clearly that is not the case as evidenced by these logs and I'm sure your IP address which was also logged. You thought you nuked all your emails prior to coming to work Monday for what you knew in advance was your last day.

I would like to know that you made a backup prior to this as you did with your desktop. Can you please let me know if you were in a position to restore this important data should we not have had backups?

I truly don't want to drag this out -- I think I understand the situation you felt you were in and how that may have been inaccurate. I want to be fair and need some reasonable assurance you didn't truly expect we would lose all access to your 3+ year's work product.

I also understand you may not have wanted personal data in our possession, which seems to be why you wiped your PC but provided us with a Google Drive backup.

Do you have a .pst you can produce as well?

Rob


<image001.png>


<image002.png>


<image003.png>

GPSI_00000048

# EXHIBIT AI

**ARIZONA DEPARTMENT OF ECONOMIC SECURITY**
**Workforce Administration · Unemployment Insurance Program**

**NOTICE TO EMPLOYER**
See Explanation on Reverse

Mail Date:   03/16/2017

Social Security No.: ███████████

Employer No.:   **8091470-000**

**GPS INSIGHT LLC**
**7201 E HENKEL WAY STE 400**
**SCOTTSDALE AZ  85255-9678**

Charge Control Date: **10/01/2015**

Benefit Year Beg.: **03/12/2017**

Potential Charges:  **$3,111.57**

**JEREMY THACKER**                                   has filed a claim for Unemployment Insurance on
**03/14/2017.**   The Department's Records show your firm was the claimant's  **LAST EMPLOYER.**

If you are the Last Employer, the claimant listed the reason for separation from your employment as  **DISCHARGE**
and stated the last day worked was  **03/06/2017.**

**TO PROTEST THIS CLAIM YOU MUST COMPLETE AND SIGN THE REVERSE SIDE AND RETURN THIS FORM NO
LATER THAN 10 BUSINESS DAYS FROM THE MAIL DATE. MAKE A COPY OF BOTH SIDES FOR YOUR RECORDS
AND RETURN THE ORIGINAL TO THE ADDRESS SHOWN BELOW.**



**EMPLOYERS RESPONSE**

My records show the last day of work as:   _3/6/2017_

My records show the reason for separation was (Please mark only one box).  Provide detailed information on the
separation or other eligibility information on the reverse of this form.

☐ Laid-Off          ☐ Voluntary Quit          ☒ Discharged

☐ Labor Dispute          ☐ Still Working Part-time

You may not wish to protest the separation. However, if you paid or will pay vacation, holiday, unused sick pay or
severance pay on or after the last day of work, please complete the appropriate section on the reverse, sign and
return this notice no later than 10 business days from mail date.

**D. E. S.     L.O.   830**
**UNEMPLOYMENT INSURANCE PROGRAM**
**PO BOX 29225**
**PHOENIX AZ 85038-9225**

**PHONE: (602) 364-2722**
**PHONE: (520) 791-2722**
**FAX: (602) 364-1211**
**FAX: (520) 770-3357**

**PROTEST MUST BE SIGNED ON THE REVERSE TO BE VALID**

# EXPLANATION OF NOTICE

**IF THIS INDIVIDUAL LEFT YOUR EMPLOY FOR ANY REASON OTHER THAN A LACK OF WORK YOU MAY WISH TO PROTEST THE PAYMENT OF BENEFITS AND/OR CHARGES TO YOUR EXPERIENCE RATING ACCOUNT.** Your account will be relieved from charges as provided by law when the Department finds that the claimant:

1. Left work voluntarily without good cause in connection with the employment; or
2. Was discharged from employment for wilful or negligent misconduct connected with the employment; or
3. Separated from employment for a compelling personal reason not attributable to the employment; or
4. Worked part-time for you during the last quarter of the base period, and you continue to provide employment to the same extent.

**EXCEPTION:** Relief of charges does not apply to employers who have elected to make payments in lieu of contributions. (A.R.S. § 23-750).

**FILING A PROTEST: TO PROTEST THE PAYMENT OF BENEFITS AND/OR CHARGES TO YOUR EXPERIENCE RATING ACCOUNT, SUBMIT A DETAILED EXPLANATION OF THIS CLAIMANT'S SEPARATION ON THIS NOTICE WITHIN 10 BUSINESS DAYS FROM THE MAIL DATE.** The postmark or telefax transmittal date is the date of the protest. The protest period may be extended if failure to make timely submission is due to delay or other action of the United States Postal Service, or error or misinformation by the Department of Economic Security. If your protest is late for either of these reasons, please give details with your protest.

**IF YOU DO NOT FILE A TIMELY PROTEST:** (1) If you are the last employer, a determination will be made regarding the claimant's eligibility based on available information. Benefits will be paid immediately, if allowed, and no appeal rights will be afforded you. (2) If you are a base-period employer your experience rating account will be charged with its pro-rata share of benefits paid.

**REQUIRED INFORMATION:** IF YOU ARE THE CLAIMANT'S LAST EMPLOYER, ARIZONA ADMINISTRATIVE RULES REQUIRE THAT YOU SUBMIT ANY SEPARATION OR ELIGIBILITY INFORMATION WHICH WOULD HAVE A BEARING ON THE CLAIMANT'S RECEIPT OF BENEFITS. You may also be contacted by telephone for further information. If you are a base-period employer, it will assist the Department in determining the claimant's eligibility if you submit any information you have regarding the claimant's current employment, ability to work, or availability for work. Please notify the Department if you wish to offer the claimant employment.

Please do not protest charges if you have previously received a notice of this claimant's application for Unemployment Insurance and the claimant has not been reemployed by you subsequent to such "notice" unless, the claimant failed to return to work at the end of a labor dispute. If the claimant failed to return to available work at the conclusion of a labor dispute, this may be the basis of your protest.

**CHARGE CONTROL DATE:** The date of our last notice to you or the beginning of the claimant's base period, whichever is later.

**POTENTIAL CHARGES:** The total amount which may be charged against your experience rating account, or for which reimbursement may be requested if you make payments in lieu of contributions, for unemployment insurance benefits paid to the claimant. These charges are in direct proportion to your percentage of the total wages paid during the claimant's base period, and are subject to change if other wages are added or deleted. If **Potential Charges** show asterisks in lieu of a dollar amount, the potential charges cannot be determined.

Equal Opportunity Employer/Program
This document available in alternative formats by calling the local office phone number listed on the front of this notice.
UB-110 (REVERSE 09/04)

## VACATION, HOLIDAY, SICK PAY, SEVERANCE PAY:
If you paid or will pay vacation, holiday, unused sick pay or severance pay on or after the last day of work complete the appropriate boxes.

| | DATE PAID | GROSS AMOUNT | # HOURS | | | RATE OF PAY |
|---|---|---|---|---|---|---|
| BONUS VACATION | 3/20/17 | $ 500.00 | N/A | $ | N/A | per |
| HOLIDAY | | $ | | $ | | per |
| SICK | | $ | | $ | | per |
| SEVERANCE | | $ | | $ | | per |

## PROVIDE DETAILED SEPARATION OR ELIGIBILITY INFORMATION WITHIN THE SPACE BELOW

We are protesting this former employee's claim for unemployment insurance for the following reasons:

1) Employee Theft - Employee used company credit card to make unauthorized purchases for personal benefit.

2) Insubordination - Employee was insubordinate to his Supervisors.

3) Lack of Performance - Employee exhibited a lack of performance in his Assigned duties.

There should be NO charges to our unemployment account associated with this employee.

**PROTEST MUST BE SIGNED TO BE VALID**

| SIGNATURE: Wayne Holder | PHONE NUMBER: 480-663-9464 | FAX: 480-513-1694 |
|---|---|---|
| PRINT YOUR NAME: Wayne Holder | TITLE: Controller | |
| COMPANY NAME: GPS Insight, LLC | | DATE: 3/27/17 |

GPSI_00000098

# EXHIBIT AJ

| 235 | Kristin Lisson | Jan 10, 2017 03:26 PM | Very cute. ðŸ˜ | |
| | | | I don't want you to think that you've "lost me" to anyone else. Even without JT, I questioned our sustainability for many other reasons, and not just reasons that were in your control. I truly don't think I'm a good fit for you, and you'd have to sacrifice a lot of your lifestyle to be with me and the kids. I think you deserve someone who can drop everything and go to Sundance with you. You deserve the world. I question my ability to be that for you. | |
| | | | Also, my interest in JT is not because you weren't available to me, and I had an "itch to scratch." It's because it has been a hectic, life-altering, emotional, horrible, hard, soul-searching last two months. It might as well have been two years with my current concept of time. I'm not calibrated properly or equipped to handle any of this, but I'm the one who started my family down this path, and I need to work tirelessly to make sure everyone is ok. I'm a wreck. | |
| | | | Jeremy's feelings aren't just a flash in he pan (or at least I think). He's watched me go through this and make tough decisions and has been there to make me smile. He respects me way too much to fuck around with my feelings or even my family. I like having him around, and not just because he represents the opposite of everything I should be looking for. It's because he has been | |

EXHIBIT AK

| From: | Jason Walker [jason.walker@gpsinsight.com] |
|---|---|
| Sent: | 3/14/2017 6:19:07 PM |
| To: | Kristin Lisson [kristin.lisson@gpsinsight.com] |
| CC: | Elliot Batcheller [elliotb@gpsinsight.com] |
| Subject: | RE: Next Steps... |

Dear Kristin:

Thank you for your openness and commitment during the past few weeks. You are a valued member of our team, and consistent with your stated intentions, we would like you to stay with GPS Insight.

Please note, we have taken your recent comments regarding Rob very seriously. We do not tolerate any harassment and are committed to fostering a comfortable and productive working environment for all employees. We have spoken to Rob about your email yesterday, and his response regarding the most recent interactions was that his only objective was to assist you securing your devices against a potential "hack" that you believed was occurring. Of course, any potential "hack" was very concerning for management. Please let us know if there are any specific steps you would like us to take, or any specific communications we should be aware of or review.

To remove the potential for any further issues, there will be no direct personal communication between you and Rob moving forward. You would continue to perform the same role and report directly to me. We hope this framework is suitable to you.

Please do not hesitate to contact us with any questions.

Jason

---

**From:** Kristin Lisson
**Sent:** Monday, March 13, 2017 1:52 PM
**To:** Jason Walker <jason.walker@gpsinsight.com>
**Cc:** Elliot Batcheller <elliotb@gpsinsight.com>
**Subject:** RE: Next Steps...

Jason,

I need to make clear that the harassment I referenced in my earlier email was sexual in nature because of Rob's attraction to me as a female.

Kristin

---

**From:** Jason Walker
**Sent:** Thursday, March 9, 2017 6:05 PM
**To:** Kristin Lisson <kristin.lisson@gpsinsight.com>
**Subject:** Re: Next Steps...

Kristin,
Thank you for the note. I will communicate your wishes and will also work with Elliot so that he can do the same.

Jason

Jason Walker
Vice President of Sales

GPS Insight
7201 E. Henkel Way, Suite 400
Scottsdale, AZ 85255
Direct: 480.663.9480
Cell: 480.236.2434
Fax: 480.515.1415
Toll Free: 866.GPS.4321 x8014
www.gpsinsight.com

Sent from my iPad

On Mar 9, 2017, at 4:55 PM, Kristin Lisson <kristin.lisson@gpsinsight.com> wrote:

> Jason,
>
> Thanks for your note via text. It was very important to me. Rob also texted me to saying that he, you, and Elliot talked and that you all want me to stay at GPS Insight. I want to stay, too.
>
> On Monday afternoon shortly after Jeremy's termination, you assured me that Rob would not contact me the rest of the week to let me process the news in peace. Later that evening, I received 104 text messages from him and 5 missed calls. Since then, I've received 8 additional phone calls and 50+ more messages (including 8 today). One of my responses to him is attached (6:20 PM). I finally picked up his phone call around 9:20 PM, in which I felt bullied and harassed. I ask that you to share my feelings about that with Rob. I do not want to open communication with him on this matter at this time.
>
> I will take you up on your offer to take tomorrow to rest. Thank you. I'll also send my team a note indicating that I will be working from home starting Monday for the time-being; I am uncomfortable being in the office right now.
>
> Thank you,
> Kristin
>
> <IMG_2387.png>

GPSI_00004368

EXHIBIT AL

| | |
|---|---|
| **From:** | Jeremy Thacker |
| **Sent:** | Monday, February 27, 2017 11:53 AM MST |
| **To:** | 'jeremy@thackerfamily.com' |
| **Subject:** | FW: Partnership |

**Jeremy Thacker | Government Sales Manager - Southwest**

**GPS Insight**
7201 E. Henkel Way, Suite 400 | Scottsdale, AZ 85255
480.663.9472 (direct)
**gpsinsight.com**



**From:** Jason Walker
**Sent:** Thursday, January 14, 2016 8:10 AM
**To:** Jeremy Thacker <jeremy.thacker@gpsinsight.com>
**Subject:** RE: Partnership

Just let Tyler and Phil run with it. Once it is set up I will work with Rob and those two to figure out how we give you some good upside on the deal. It will be somehow skimmed from what the others get paid on it as a % per device over a couple of years and will diminish over time. It will be more than fair and allow you to not do anything on it and stay focused.

**From:** Jeremy Thacker
**Sent:** Thursday, January 14, 2016 7:19 AM
**To:** Jason Walker <jason.walker@gpsinsight.com>
**Cc:** Tyler Mortensen <tyler.mortensen@gpsinsight.com>
**Subject:** Re: Partnership

Thanks. I completely agree. I do think this opportunity has legs but I understand they don't always pan out. I definitely want to concentrate and spend my time on gov.

On Jan 14, 2016 7:11 AM, Jason Walker <jason.walker@gpsinsight.com> wrote:

We have always been fair on stuff like this. We can work out a ear out of sorts that will help give you compensation for this while keeping you focused on Gov. Also, these are lofty goals. I hope that they are true but I would almost argue that there is more upside for you in Gov over three years than this... And you almost certainly could not deal with it on your own.

THACKER00524

Stay the course and we will figure out a way to comp you that is fair and allows GPSI to get to the 9k vehicles if it really has a snowball's chance in hell.

As one example, We did this for Josh on Wheels. They forecasted all sorts of crazy numbers - that amounted to zero. Thank God we did not let him drop everything to pursue. I am not saying that this won't happen, but I would hedge to give you upside there and then keep you on the Gov path.

Jason Walker
Vice President of Sales

GPS Insight
7201 E. Henkel Way, Suite 400
Scottsdale, AZ 85255
Direct: 480.663.9480
Cell: 480.236.2434
Fax: 480.515.1415
Toll Free: 866.GPS.4321 x8014
www.gpsinsight.com

Sent from my iPad

On Jan 14, 2016, at 7:04 AM, Jeremy Thacker <jeremy.thacker@gpsinsight.com> wrote:

I've been working on this deal since the day I started. Now it's looking like 9000 units over 3 years of guaranteed business. While I definitely want to do government, I don't want to walk away from $400k in commissions.

This insurance company is going to pay for half of the cost for their fleets. This is last down business.

---------- Forwarded message ----------
From: "Clary, Kevin" <KClary@amerisure.com>
Date: Jan 14, 2016 6:32 AM
Subject: RE: Partnership
To: Jeremy Thacker <jeremy.thacker@gpsinsight.com>
Cc:

Short term goal (2-3 years) would be have approximately 9,000 vehicles. Thanks

**From:** Jeremy Thacker [mailto:jeremy.thacker@gpsinsight.com]
**Sent:** Tuesday, January 12, 2016 12:18 PM
**To:** Clary, Kevin <KClary@amerisure.com>; Klein, Katherine <KKlein@amerisure.com>
**Cc:** Tyler Mortensen <tyler.mortensen@gpsinsight.com>
**Subject:** Partnership

Kevin and Katie,

Thank you for giving us the opportunity to strengthen and expand our relationship with Amerisure. We are very excited about the opportunity to put together a program that offers all parties a great return on investment. Per our discussion, Tyler and I will start putting together pricing and other program details based on the information you provided. While we have a pretty clear understanding of what the goals are for the pilot phase, can you provide us with a better idea of what the program might look like after the next 2 years? For example, do you have 100,000 fleet vehicles insured and would like to see 20% of them with telematics in place? Those numbers are purely hypothetical but I think you get the idea. Any information that you can provide will help us to put something together that not only meets your goals for the pilot but, also, for years to come.

Again, thanks for the opportunity and we look forward to the next steps.

**Jeremy Thacker** | **Regional Sales Manager - West**

**GPS Insight**

7201 E. Henkel Way, Suite 400 | Scottsdale, AZ 85255

480.663.9472

**gpsinsight.com**

<image001.png>

<image001.png>

# EXHIBIT AM

 Gmail

Tyler Mortensen <tmortensen23@gmail.com>

## Uncertain
2 messages

**Jeremy Thacker** <jeremy@thackerfamily.com>                Thu, Feb 16, 2017 at 8:52 PM
To: Tyler Mortensen <tmortensen23@gmail.com>

I'm sorry about the position you're in with all of this. I feel terrible and conflicted as I'm sure you do. I'm at a loss of how to handle things because of the multiple facets of our relationship. I am ONLY telling you things because first and foremost you're my friend. I'm not sure if that is right either though because it's unfair to ask you to not say anything when it effects others professionally and personally. I think you know my personal position on transparency but I'm not the only one involved.

I told you today because I want you to have a heads up personally. I trust you and would never want you to find out anything unexpectedly when I could have given you heads up. Professionally, I don't think it's worth telling anyone because I don't think anyone is in a position to do anything about it. You know exactly what will happen if Jason finds out. He'll tell Kristin she's overreacting and not to worry about it because he'll talk to Rob. His "stern" talk with Rob will result in the same result as all of the previous talks have regarding Elliot and anything else. It'll just end up back in the EXACT same place. If nobody is willing to really do anything about it, I don't know what good it does for them to know.

I'm very conflicted, angry, scared, and worried. I am not OK with what has happened and I cringe at the thought of being associated with him much less helping to solidify his position of power. I feel trapped. I feel like I work for Donald Trump and he's trying to grab my girlfriends pussy every day. I understand your advice today and I agree that having thick skin is valuable but at what point does this become unacceptable? At what point am I not complicit in his behavior?

These aren't loaded questions. I honestly don't know what to do because I don't think he's EVER going to treat Kristin or I fairly after she has crushed his ego by choosing me over him.

If you prefer to be in the dark, I'm happy to do that. If you want to stay in the loop, I can't offer you any guarantee that it can be anything other than you and me (and Ashley). Kristin doesn't want Jason to know because she doesn't trust him to not do anything or to do enough if he did. I agree with her. I'm sorry you're in the middle of my mess again.

**Tyler Mortensen** <tmortensen23@gmail.com>                Tue, Dec 12, 2017 at 8:13 AM
To: Tyler Mortensen <tyler.mortensen@gpsinsight.com>

[Quoted text hidden]

GPSI_00008585

# EXHIBIT AN

That did not go well at all. Long story short is that he will likely be asking for this deck from you, scheduling something for next week, and presenting this himself with no prep on Thursday. I severely overestimated my ability to get him to let me do this. It would have been worse if Elliot had not been there to help. I fell like I have really wasted everybody's time especially yours



♪ Hello darkness, my old friend... ♪

Poetically, I was listening to the chapter, "The Effort is Enough" when you texted me. Some standouts:

"What matters to an active man is to do the right thing. Whether the right thing comes to pass should not bother him."

And...

"Doing good work is sufficient. Fulfilling our own standards is what fills us with pride and self respect. Rejection is on them, not us."

As the expectation hangover is setting in for both of us, know that you have nothing to feel bad with regards to my time. The effort was still worth it.

For some reason I still have hope! I refuse to believe all is lost until I see it happening before my very eyes. Either way, "tears of blood" will either be in that factory example on screen or in the audience!

The drips were a whole issue that was fixated on for a good 15 minutes- why there and not here, etc. omg because it is just to illustrate a point

I need to send him the prezi link. Can he edit it on his own. I ha e no idea what he is going to do to this thing.

No he can't edit it with the link you have. I can send him a login, but he won't know what to do in there...

Did he at least let you make it through the whole thing?

Jeopardy a no?

Yeah but half way through he asked if this was the presentation... it went down hill from there. The good news is that he is going to do some sort of incentive but he does not have the numbers for the goals and I don't feel like pulling them together until he asks for them which will likely be in the middle of his presentation. Oh - and he wants me to chime in on one part.

Send him the log in - I already told him that it would only frustrate him. Let him have at it. I am very bitter right now as if you can't tell.

And rightly so. I will send him the login. I want to cheer you up somehow, but there are no words other than...

10/7/16, 1:40 PM to Jason Walker

Ridiculous!

10/7/16, 1:40 PM to Jason Walker

Ridiculous!

10/7/16, 1:43 PM from Jason Walker

I'm sorry... it was an utter failure and I feel like I was "stung" by 100 bees... or maybe just one! I will recover. Enjoy your weekend!



10/7/16, 3:54 PM from Jason Walker

10/10/16, 8:04 PM to Jason Walker

I'm-a-back! Are we still doing Jeopardy? Is the meeting scheduled for Thursday?

10/10/16, 8:07 PM to Jason Walker

Do you get to talk at all?

LISSON000538

GPSI_00109031

# EXHIBIT AO

I am not okay with your inability to trust that I will make good decisions without your orchestrating the conditions.

I am not okay with your attempts to undeservedly discredit Jeremy.

I am not okay with feeling like I'm not being heard.

I am not okay with your recent selfish timeline when I've been going through the most awful few weeks of my life.

I am not okay with having to justify or explain with whom I spend my time right now or feel guilty for wanting people around me who don't meet your standard.

I am not okay with sending this awful, heart-breaking letter to the person whose happiness means THE WORLD to me, but that I know it's the only way to have him accept my choices.

I'm not okay with your thinking I am selfish enough of a person who would take a bunch of pills and destroy my kids like that.

And for all of those reasons, I truly don't feel like you know me at all. And this is 100% my fault for not showing you that sooner, which would've at a minimum sheltered you from the pain you're going through now. I take full responsibility for dragging this out as long as I let it. I'm sorry. I just had to know it was what I wanted.

I love you, but I want you to let me go.

# EXHIBIT AP

| From: | Jeremy Thacker [/O=MEX05/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=JEREMY.THACKERC0B] |
|---|---|
| Sent: | 7/9/2013 5:46:18 PM |
| To: | Chelsea Rosenthal [chelsea.rosenthal@gpsinsight.com] |
| Subject: | RE: Amerisure Live Demo |

Yes. I'll call him right now.

Sent from my Android phone using TouchDown (www.nitrodesk.com)

-----Original Message-----
**From:** Chelsea Rosenthal [chelsea.rosenthal@gpsinsight.com]
**Received:** Tuesday, 09 Jul 2013, 10:44am
**To:** Jeremy Thacker [jeremy.thacker@gpsinsight.com]
**CC:** Jason Walker [jason.walker@gpsinsight.com]
**Subject:** FW: Amerisure Live Demo

FYI...can you give this guy a call ASAP to let him know you'll be taking over?

**From:** Hullinger, Scott [mailto:SHullinger@amerisure.com]
**Sent:** Tuesday, July 09, 2013 10:14 AM
**To:** Lisa Lane
**Subject:** RE: Amerisure Live Demo

Hi Lisa..........hope you are well and enjoyed the 4th!
Got a favor to ask you...can you maybe shorten the demo/presentation for today, to maybe 30-45 mins tops? I think the group that will be attending simply needs to see the dashboard, some of the report functions, and some bells/whistles of the program. Since I got to see a good portion of the system, these folks would probably benefit from a simple "here is what it is, looks like, etc....".

Just a request....talk with you in a bit.

Thanks,

**Scott D. Hullinger**

**From:** Lisa Lane [mailto:lisa.lane@gpsinsight.com]
**Sent:** Tuesday, June 25, 2013 12:56 PM
**To:** Hullinger, Scott
**Subject:** RE: Amerisure Live Demo

Scott,

Nice talking with you too! I look forward to speaking with you again on July 9th!

Lisa☺

GPSI_00100671



Lisa Lane
Senior Account Manager
GPS Insight
21803 North Scottsdale Road, Suite 220
Scottsdale, AZ 85255
Fax: 480.515.1415
Toll Free: 866.477.4321 x8058
**www.gpsinsight.com**
**Lisa.lane@gpsinsight.com**



LIST OF FASTEST-GROWING PRIVATE COMPANIES IN AMERICA

---

**From:** Hullinger, Scott [mailto:SHullinger@amerisure.com]
**Sent:** Tuesday, June 25, 2013 9:19 AM
**To:** Lisa Lane
**Subject:** Amerisure Live Demo

Lisa,
Nice talking with you..........as promised, here are the names/contact info for the other 3 group members:

- Casey Cain – CCain@amerisure.com
- April Luvin – ALuvin@amerisure.com
- Katie Klein – Kklein@amerisure.com


Thanks,

**Scott D. Hullinger, CDS** | Loss Control Manager

Amerisure Insurance Company
450 E. 96th Street, Suite 320 | Indianapolis, IN | 46240
**317.582.5030 (office) | 317.468.8425 (cell)**
www.amerisure.com

EXHIBIT AQ

| **From**: | Jason Walker [/O=MEX05/OU=EXCHANGE ADMINISTRATIVE GROUP |
|---|---|
| | (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=JASON.WALKERE23] |
| **Sent**: | 1/13/2016 12:21:42 AM |
| **To**: | Tyler Mortensen [tyler.mortensen@gpsinsight.com] |
| **Subject**: | RE: National Program Opportunity (2,000 commercial vehicle opp) |

I need some time before you start rolling with this. I got to get plans done, territories re set, partner shit worked out with Harold, goals and objectives set for all teams and several other things done before we can just start rolling with a new program.

Am I reading this right that these are 1,000 individuals? So each one is a separate account or person that we would need to support? Please tell me that is me not getting this at all.

**From:** Tyler Mortensen
**Sent:** Tuesday, January 12, 2016 12:12 PM
**To:** Jason Walker
**Subject:** National Program Opportunity (2,000 commercial vehicle opp)

Jason,

I'm not sure if you remember this company but Amerisure Insurance is an opportunity that Jeremy and I worked on in 2014. We ultimately moved forward on a partnership with them and have closed one customer of theirs to date. They are interested in ramping up their partnership with us and today we completed a call today about that initiative with their V.P. of Loss Control. This is a great opportunity for the commercial sales division and I'd like to discuss this with you before taking next steps. I've attached an overview of a basic plan on how we do this. If we're ok to proceed and we'll put this into a presentation for Amerisure and present how we would approach this project and establish next steps. They are driving the one's driving this interest and want to have something ready to go by February. Let me know if you want to discuss, or if I have your "blessing" I can move forward with this.

FYI- I see this being a true national program that will benefit all of commercial sales, and not be owned by a single rep. ==Jeremy did the majority of the work and deserves the chance to have this== but it's also outside of his focus now. I discussed that with him and he understands and agrees. Let me know if you have any questions.

Thanks,

**Tyler Mortensen** | **North American Sales Manager**

**GPS Insight**
7201 E. Henkel Way, Suite 400 | Scottsdale, AZ 85255
866.477.43621 x 8059
480.663.9465 (Direct)

**gpsinsight.com**



GPSI_00008593

# EXHIBIT AR

2/13/17, 3:36 PM from Rob Donat

Got it

2/13/17, 3:53 PM from Rob Donat

Was in a meeting with mortgage guy. You broke my no text streak.

2/13/17, 3:54 PM to Rob Donat

I was wondering ☐. Thought that might've been the case.

2/13/17, 3:55 PM from Rob Donat

Driving now may want to talk to you about it later

2/13/17, 3:55 PM to Rob Donat

Ok

2/13/17, 4:47 PM from Rob Donat

Business hat on. Been debating ☐. Trying to keep the Chinese wall in place and also trying not to control/guide you. Worried you may (or already have) damage/d your credibility and frankly your acceptance by others within the company. Further than is already the case. Not just Jeremy, but that getting out isn't painting you in a good light. And I think you need to avoid confusing personal empowerment with business empowerment. You're not making friends lately. Now I'll ☐.

2/13/17, 5:17 PM to Rob Donat

I'm sobbing.

EXHIBIT AS

2/14/17, 11:33 AM from Rob Donat

And there was no right way, so maybe I meant best way.

2/14/17, 11:41 AM to Rob Donat

I understand. No worries

2/14/17, 11:42 AM from Rob Donat

Ok I hope so. Thanks.☐☐☐

2/16/17, 11:16 AM from Rob Donat

Flying to SD to close on the Huge Mistake. Learning how to pilot her this weekend. I hope you're ok and back to a 10. I feel like I really broke something between us and am very sorry. Have a good weekend.

2/16/17, 11:21 AM to Rob Donat

I am mad at you, and you don't need to apologize or feel bad. I understand your intentions. Unfortunately the effect has hit me really hard for a lot of different reasons, which I know you didn't anticipate. I'll work my way back and won't stay jaded forever. Don't worry. Have fun on your trip. Love the name. ☐

2/16/17, 11:33 AM from Rob Donat

Ok. I don't blame you. I would rather you be pissed at my poorly executed good intention of helping you with inside information than you not be aware of. You have been very focused on a SHIT TON of personal bullshit lately and have come through it as well as you could, but I felt I needed (with much deliberation) to be the bearer of bad news and bad impressions which to be fair are not company-wide but could become so. And I hope you can adjust in order to fix that (if you want -- your call). You know that. I've told you many times. I care deeply for you and wouldn't have said anything otherwise. You deserve to have someone shout from the rooftops about you and vice versa. I didn't want you to forget you have a professional and personal reputation though, and colleagues who may not feel the same as you do about it. Again, sorry. ☐

# EXHIBIT AT

2/14/17, 9:22 AM from Rob Donat

Diverted to the fridge in main kitchen

2/14/17, 9:23 AM from Rob Donat

Left one

2/14/17, 9:23 AM from Rob Donat

Jason and Tyler right where I would have had to go and seems obvious

2/14/17, 9:33 AM from Rob Donat

Get this?

2/14/17, 10:25 AM to Rob Donat

Yes thanks!

2/14/17, 10:26 AM from Rob Donat

☐☐☐☐

2/14/17, 11:31 AM from Rob Donat

So I hope you're not too mad at me. I really belabored this all weekend and am still not sure I made the right decision or went about it the right way. I hope you understand, and am SO sorry to blindside you like I did. I care about you so much and I felt I needed you to be aware of this for your own good... ☐. Again, sorry, and I know it's impossible to do this, but forget the details -- just be aware of it. ☐

# EXHIBIT AU

Feb 13, 2017, 6:05:31 PM Eastern Time: <u>Kristin Lisson</u>: Hey babe! I'm going to the gym after dropping off Stella and then getting groceries. Anything you need/want?

Feb 13, 2017, 6:06:06 PM Eastern Time: <u>Kristin Lisson</u>: Also, I'm making us breakfast since I can't make you dinner tomorrow!

Feb 13, 2017, 6:06:27 PM Eastern Time: <u>Me</u>: Nothing I can think of. Which grocery store you going to?

Feb 13, 2017, 6:08:16 PM Eastern Time: <u>Kristin Lisson</u>: Safeway

Feb 13, 2017, 6:09:07 PM Eastern Time: <u>Me</u>: Oh got ya. Down by you. I'm all good. Love you!

Feb 13, 2017, 6:47:52 PM Eastern Time: <u>Me</u>: BTW, I had that rug cleaned and it looks great. Would you want it in kids room? IDC either way. Take a look tonight when you get home.

Feb 13, 2017, 7:08:08 PM Eastern Time: <u>Kristin Lisson</u>: That's great, Babe! Sure, let's try it.

Feb 13, 2017, 7:50:27 PM Eastern Time: <u>Kristin Lisson</u>: Can you come over?

Feb 13, 2017, 7:50:46 PM Eastern Time: <u>Me</u>: Yes.

Feb 13, 2017, 7:50:49 PM Eastern Time: <u>Kristin Lisson</u>: I can't breathe

Feb 13, 2017, 7:50:49 PM Eastern Time: <u>Me</u>: Now?

Feb 13, 2017, 7:50:56 PM Eastern Time: <u>Me</u>: OMW

Feb 13, 2017, 10:20:05 PM Eastern Time: <u>Kristin Lisson</u>: Food will be ready in 20.

Feb 13, 2017, 10:30:20 PM Eastern Time: <u>Me</u>: OK, babe!

Feb 13, 2017, 10:31:26 PM Eastern Time: <u>Me</u>: send me a text please

Feb 13, 2017, 10:32:37 PM Eastern Time: <u>Kristin Lisson</u>: A text

Feb 13, 2017, 10:44:03 PM Eastern Time: <u>Kristin Lisson</u>: Nom nom nom

Labels: <u>Text</u>, <u>Inbox</u>

THACKER00877

# EXHIBIT AV