Joshua W. Carden, SBN 021698
JOSHUA CARDEN LAW FIRM, P.C.
16427 North Scottsdale Road, Suite 410
Scottsdale, AZ 85254
joshua@cardenlawfirm.com
(480) 454-1100
(480) 454-1101 (Fax)
*Attorney for Plaintiff*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jeremy Thacker, | No. 2:18-cv-00063-DJH |
| Plaintiff, | |
| v. | **NOTICE OF APPEARANCE** |
| GPS Insight, LLC, et al. | |
| Defendants. | |

The undersigned hereby provides notice of his appearance and designation as lead counsel on behalf of Plaintiff Jeremy Thacker in this matter. Please update your records accordingly.

**Note: the undersigned is cooperating with Plaintiff's former counsel at Jaburg Wilk to submit a motion for withdrawal in compliance with LRCiv 83.3. As Dkt. 138 was stricken by the Court, this Appearance is filed out of caution to avoid the possibility of missing any ECF filings in the meantime.**

Respectfully submitted this 2nd day of May, 2019,

JOSHUA CARDEN LAW FIRM, P.C.

By: s/Joshua W. Carden
Joshua W. Carden
*Attorneys for Plaintiff
Jeremy Thacker*



1