# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jeremy Thacker, | No. CV-18-00063-PHX-DJH |
| Plaintiff, | **ORDER** |
| v. | |
| GPS Insight LLC, et al., | |
| Defendants. | |

This matter is before the Court on the Application for Withdrawal and Substitution of Counsel for Plaintiff (Doc. 141), filed by counsel for Plaintiff. Plaintiff has indicated consent by signing the motion. Pursuant to Rule 83.3(b) of the Local Rules of Civil Procedure,

**IT IS ORDERED granting** the application (Doc. 141).

**IT IS FURTHER ORDERED** withdrawing Kraig Marton, Jeffrey Silence, and Laura Rogal of the law firm Jaburg & Wilk, PC as counsel of record for Plaintiff. The Clerk of the Court is kindly instructed to terminate Kraig Marton, Jeffrey Silence, and Laura Rogal of the law firm Jaburg & Wilk, PC as counsel of record for Plaintiff.

**IT IS FURTHER ORDERED** substituting Joshua Carden of the Carden Law Firm as counsel for Plaintiff.

Dated this 8th day of May, 2019.

Honorable Diane J. Humetewa
United States District Judge