Carrie M. Francis (020453)
Stefan M. Palys (024752)
Michael Vincent (029864)
**STINSON LEONARD STREET LLP**
1850 North Central Avenue, Suite 2100
Phoenix, Arizona 85004-4584
Tel: (602) 279-1600
Fax: (602) 240-6925
Email: carrie.francis@stinson.com
stefan.palys@stinson.com
michael.vincent@stinson.com

Attorneys for Defendants

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Jeremy Thacker,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>GPS Insight, LLC; Robert J. Donat, Individually and as Trustee of The Robert Donat Living Trust Dated April 19, 2017;<br><br>　　　　　　　Defendants. | No. 2:18-cv-00063-PHX-DGC<br><br>**DEFENDANTS' NOTICE OF SERVICE OF SUPPLEMENTAL DISCLOSURE STATEMENT** |

　　　Defendants hereby give notice, pursuant to General Order 17-08, of service upon Plaintiff of Defendants' Sixteenth Supplemental Disclosure Statement by e-mail on May 30th, 2019.

　　　RESPECTFULLY SUBMITTED this 30th day of May, 2019.

　　　　　　　　　　　　　　　　　　**STINSON LEONARD STREET LLP**

　　　　　　　　　　　　　By:　*/s/ Michael Vincent*
　　　　　　　　　　　　　　　　Carrie M. Francis
　　　　　　　　　　　　　　　　Stefan M. Palys
　　　　　　　　　　　　　　　　Michael Vincent
　　　　　　　　　　　　　　　　1850 North Central Avenue, Suite 2100
　　　　　　　　　　　　　　　　Phoenix, Arizona 85004-4584
　　　　　　　　　　　　　　　　Attorneys for Defendants

CORE/3505308.0002/152710136.1

**CERTIFICATE OF SERVICE**

I hereby certify that on May 30th, 2019, I caused the foregoing document to be filed electronically with the Clerk of Court through ECF; and that ECF will send an e-notice of the electronic filing to:

Joshua W. Carden
JOSHUA CARDEN LAW FIRM, P.C.
16427 North Scottsdale Road, Suite 410
Scottsdale, AZ 85254
joshua@cardenlawfirm.com
*Attorneys for Plaintiff*

Timothy B. O'Connor
Schneider & Onofry, PC
365 East Coronado Road
Phoenix, Arizona 85004
toconnor@soarizonalaw.com
*Attorneys for Defendant Donat*

*/s/ Valerie Corral*

2

CORE/3505308.0002/152710136.1