Carrie M. Francis  (020453)
Stefan M. Palys  (024752)
Michael Vincent  (029864)
**STINSON LLP**
1850 North Central Avenue, Suite 2100
Phoenix, Arizona 85004-4584
Tel: (602) 279-1600
Fax: (602) 240-6925
Email:  carrie.francis@stinson.com
         stefan.palys@stinson.com
         michael.vincent@stinson.com

*Attorneys for Defendants*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jeremy Thacker,<br><br>           Plaintiff,<br><br>v.<br><br>GPS Insight, LLC; Robert J. Donat, Individually and as Trustee of The Robert Donat Living Trust Dated April 19, 2017;<br><br>           Defendants. | No. 2:18-cv-00063-PHX-DGC<br><br>**NOTICE OF CHANGE OF FIRM NAME** |

Defendants hereby provide notice that effective April 30, 2019, their counsel Stinson Leonard Street, LLP is now named Stinson LLP. There is no change to counsels' address, e-mail address or telephone number.

DATED this 13th day of June, 2019.

                                  **STINSON LLP**

                          By:   */s/ Michael Vincent*
                                  Carrie M. Francis
                                  Stefan M. Palys
                                  Michael Vincent
                                  1850 North Central Avenue, Suite 2100
                                  Phoenix, Arizona 85004-4584
                                  *Attorneys for Defendants*

CORE/3505308.0002/153047597.1

**CERTIFICATE OF SERVICE**

I hereby certify that on June 13, 2019, I caused the foregoing document to be filed electronically with the Clerk of Court through ECF; and that ECF will send an e-notice of the electronic filing to:

Joshua W. Carden
JOSHUA CARDEN LAW FIRM, P.C.
16427 North Scottsdale Road, Suite 410
Scottsdale, AZ 85254
joshua@cardenlawfirm.com
*Attorney for Plaintiff*

Timothy B. O'Connor, Esq.
SCHNEIDER & ONOFRY, P.C.
365 East Coronado Road
Phoenix, Arizona 85004
toconnor@soarizonalaw.com
*Attorneys for Defendant Robert Donat*

/s/ Valerie Corral

2