Carrie M. Francis (020453)
Stefan M. Palys (024752)
Michael Vincent (029864)
**STINSON LEONARD STREET LLP**
1850 North Central Avenue, Suite 2100
Phoenix, Arizona 85004-4584
Tel: (602) 279-1600
Fax: (602) 240-6925
Email: carrie.francis@stinson.com
stefan.palys@stinson.com
michael.vincent@stinson.com

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Jeremy Thacker,<br><br>Plaintiff,<br><br>v.<br><br>GPS Insight, LLC; Robert J. Donat, Individually and as Trustee of The Robert Donat Living Trust Dated April 19, 2017;<br><br>Defendants. | No. 2:18-cv-00063-PHX-DGC<br><br>**DEFENDANTS' NOTICE OF SERVICE OF SUPPLEMENTAL DISCLOSURE STATEMENT** |

Defendants hereby give notice, pursuant to General Order 17-08, of service upon Plaintiff of Defendants' Seventeenth Supplemental Disclosure Statement by e-mail on June 24, 2019.

RESPECTFULLY SUBMITTED this 24th day of June, 2019.

**STINSON LEONARD STREET LLP**

By: */s/ Michael Vincent*
Carrie M. Francis
Stefan M. Palys
Michael Vincent
1850 North Central Avenue, Suite 2100
Phoenix, Arizona 85004-4584
Attorneys for Defendants

CORE/3505308.0002/153189979.1

# CERTIFICATE OF SERVICE

I hereby certify that on June 24, 2019, I caused the foregoing document to be filed electronically with the Clerk of Court through ECF; and that ECF will send an e-notice of the electronic filing to:

>Joshua W. Carden
>JOSHUA CARDEN LAW FIRM, P.C.
>16427 North Scottsdale Road, Suite 410
>Scottsdale, AZ 85254
>joshua@cardenlawfirm.com
>*Attorneys for Plaintiff*

>Timothy B. O'Connor
>Schneider & Onofry, PC
>365 East Coronado Road
>Phoenix, Arizona 85004
>toconnor@soarizonalaw.com
>*Attorneys for Defendant Donat*

*/s/ Valerie Corral*

2