Joshua W. Carden, SBN 021698
JOSHUA CARDEN LAW FIRM, P.C.
16427 North Scottsdale Road, Suite 410
Scottsdale, AZ 85254
joshua@cardenlawfirm.com
(480) 454-1100
(480) 454-1101 (Fax)
*Attorney for Plaintiff*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| Jeremy Thacker,<br><br>              Plaintiff,<br><br>v.<br><br>GPS Insight, LLC, et al.<br><br>              Defendants. | No. CV-18-00063-PHX-DGC<br><br>**NOTICE OF SERVICE** |
|---|---|

The undersigned hereby provides notice that on this date, Plaintiff electronically served his 8th Supplemental Disclosure Statement upon Defendants in this matter.

Respectfully submitted this 4th day of November, 2019,

                                                JOSHUA CARDEN LAW FIRM, P.C.

                                                By: s/Joshua W. Carden
                                                Joshua W. Carden
                                                *Attorneys for Plaintiff*
                                                *Jeremy Thacker*

