Carrie M. Francis (020453)
Stefan M. Palys (024752)
Michael Vincent (029864)
**STINSON LLP**
1850 North Central Avenue, Suite 2100
Phoenix, Arizona 85004-4584
Tel: (602) 279-1600
Fax: (602) 240-6925
Email:  carrie.francis@stinson.com
            stefan.palys@stinson.com
            michael.vincent@stinson.com

Attorneys for Defendants

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Jeremy Thacker,<br><br>              Plaintiff,<br><br>v.<br><br>GPS Insight, LLC; Robert J. Donat, Individually and as Trustee of The Robert Donat Living Trust Dated April 19, 2017,<br><br>              Defendants. | No. 2:18-cv-00063-PHX-DGC<br><br>**DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION *IN LIMINE* NO. 7 – REFERENCE TO SUBSEQUENT STATE COURT PROCEEDING** |

Plaintiff's Motion in Limine No. 7 is premature. As Plaintiff's motion explains, the state court has not yet issued any rulings in that matter. Once the state court rules on the preliminary injunction application, Defendants may very well agree with Plaintiff's Motion in Limine No. 7. Defendants expect the state court to issue a ruling soon, and so there is no need for this Court or the parties to grapple with this issue in the abstract. If the evidentiary issues raised in Plaintiff's motion remain following the state court's ruling, the parties can then take up the issue with this Court at the final pretrial conference. For these reasons, Defendants request the Court delay ruling on Plaintiff's motion until that time.

CORE/3505308.0002/156438964.1

1       RESPECTFULLY SUBMITTED this 5th day of December, 2019.

2

3                                        **STINSON LLP**

4                         By:  */s/* Stefan M. Palys

                              Carrie M. Francis

5                               Stefan M. Palys

                              Michael Vincent

6                               1850 North Central Avenue, Suite 2100

                              Phoenix, Arizona 85004-4584

7

                              **SCHNEIDER & ONOFRY, PC**

8

9                      By:  */s/* Timothy B. O'Connor [with permission]

                              Timothy B. O'Connor

10                              365 East Coronado Road

                              Phoenix, Arizona  85004

11

12                               Attorneys for Defendants

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

CORE/3505308.0002/156438964.1

# CERTIFICATE OF SERVICE

I hereby certify that on December 5, 2019, I caused the foregoing document to be filed electronically with the Clerk of Court through ECF; and that ECF will send an e-notice of the electronic filing to:

>Joshua W. Carden
>JOSHUA CARDEN LAW FIRM, P.C.
>16427 North Scottsdale Road, Suite 410
>Scottsdale, AZ 85254
>joshua@cardenlawfirm.com
>*Attorney for Plaintiff*
>
>Timothy B. O'Connor, Esq.
>SCHNEIDER & ONOFRY, P.C.
>365 East Coronado Road
>Phoenix, Arizona 85004
>toconnor@soarizonalaw.com
>*Attorneys for Defendant Robert Donat*

I hereby certify that on December 5, 2019, a courtesy copy will be e-mailed to:

>Judge David G. Campbell
>United States District Court
>Sandra Day O'Connor U.S. Courthouse, Suite 623
>401 West Washington Street, SPC 58
>Phoenix, Arizona 85003-2161

</p><p align="right">*/s/* Linda Holder</p>

3