IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jeremy Thacker,<br><br>        Plaintiff,<br><br>v.<br><br>GPS Insight LLC, et al.,<br><br>        Defendants. | No. CV18-0063 PHX DGC<br><br>**ORDER** |

The Court has entered an order advising counsel that due to this Court's trial schedule, this case will be reassigned to the Honorable Stephen M. McNamee for purposes of further pretrial and trial proceedings.

**IT IS ORDERED:**

1. The Clerk of Court shall directly reassigned this case to the Honorable Stephen M. McNamee.

2. The final pretrial conference set for December 19, 2019 at 9:30 a.m. is **vacated** and will be reset by Judge McNamee.

3. The trial dates (February 3-6, 2020) as set forth in Doc. 159 are confirmed.

Dated this 13th day of December, 2019.

_David G. Campbell_
David G. Campbell
Senior United States District Judge