# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jeremy Thacker,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>GPS Insight LLC and Robert J Donat,<br><br>　　　　　Defendants. | No. CV-18-00063-PHX-SMM<br><br>**ORDER** |

　　　　The matter having been reassigned to this Court on December 13, 2019 (Doc. 193),

　　　　IT IS ORDERED setting a final pretrial conference for Friday, January 17, 2020 at 9:00 a.m.  Counsel are reminded of Judge Campbell's order (Doc. 159) setting this matter for a four-day jury trial and the time limits of 8 hours each side to present their case to the jury.

　　　　IT IS FURTHER ORDERED that counsel are urged to distill their objections to the proposed exhibits and propose a more manageable list at the final pretrial conference.

　　　　Dated this 8th day of January, 2020.

_____
Honorable Stephen M. McNamee
Senior United States District Judge