Carrie M. Francis (020453)
Stefan M. Palys (024752)
Michael Vincent (029864)
**STINSON LLP**
1850 North Central Avenue, Suite 2100
Phoenix, Arizona 85004-4584
Tel: (602) 279-1600
Fax: (602) 240-6925
Email:  carrie.francis@stinson.com
          stefan.palys@stinson.com
          michael.vincent@stinson.com

Attorneys for Defendants

### UNITED STATES DISTRICT COURT

### DISTRICT OF ARIZONA

| | |
|---|---|
| Jeremy Thacker,<br><br>                            Plaintiff,<br><br>v.<br><br>GPS Insight, LLC; Robert J. Donat, Individually and as Trustee of The Robert Donat Living Trust Dated April 19, 2017,<br><br>                            Defendants. | No. 2:18-cv-00063-PHX-DGC<br><br>**DEFENDANTS' NOTICE OF FILING HIGHLIGHTED DESIGNATIONS OF DEPOSITION TRANSCRIPT OF THE RULE 30(B)(6) DEPOSITION OF FUJITSU AMERICA, INC.** |

Defendants notify the Court of the filing of the transcript of the Rule 30(b)(6) deposition of Fujitsu America, Inc., as attached **Exhibit A**. Defendants' designated portions of the transcript are highlighted in blue. Plaintiff's counter-designations are highlighted in yellow. Defendants have for the Court's convenience added their objections to Plaintiff's counter-designations in red text boxes in the margin next to the counter-designations.

1 | RESPECTFULLY SUBMITTED this 15th day of January, 2020.

STINSON LLP

By:   *s/ Michael Vincent*
Carrie M. Francis
Stefan M. Palys
Michael Vincent
1850 North Central Avenue, Suite 2100
Phoenix, Arizona 85004-4584

**SCHNEIDER & ONOFRY, PC**

By:   *s/ Timothy B. O'Connor [With Permission]*
Timothy B. O'Connor
365 East Coronado Road
Phoenix, Arizona  85004

*Attorneys for Defendants*

2