Carrie M. Francis (020453)
Stefan M. Palys (024752)
Michael Vincent (029864)
**STINSON LLP**
1850 North Central Avenue, Suite 2100
Phoenix, Arizona 85004-4584
Tel: (602) 279-1600
Fax: (602) 240-6925
Email:  carrie.francis@stinson.com
            stefan.palys@stinson.com
            michael.vincent@stinson.com

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| Jeremy Thacker, | No. 2:18-cv-00063-PHX-SMM |
|---|---|
| Plaintiff, | **DEFENDANTS' OBJECTIONS TO DRAFT PRELIMINARY JURY INSTRUCTIONS** |
| v. | |
| GPS Insight, LLC; Robert J. Donat, Individually and as Trustee of The Robert Donat Living Trust Dated April 19, 2017, | |
| Defendants. | |

Defendants have the following objections to the draft preliminary jury instructions provided to counsel via email on January 23, 2020:[1]

- Page 1, Line 19: Object that the phrase "Interference with an Employment Relationship" states to the jury that any interference with an employment relationship is actionable. Arizona law requires that the interference be *improper*. *See Wagenseller v. Scottsdale Mem'l Hosp.*, 147 Ariz. 370, 388, 710 P.2d 1025, 1043 (1985) ("We therefore adopt the Restatement's required showing of an "improper" interference. In addition to proving the four elements stated in *Antwerp, supra*, the plaintiff bringing a tortious interference action must show that the defendant acted improperly."). Defendants request the word "Improper" be added to modify the instruction to read as

---

[1] Defendants also respectfully suggest typographical revisions at page 2, line 24 ("invade" → "invaded"); page 3, line 8 ("Insigh" → "Insight").

CORE/3505308.0002/157330311.1

1 follows: "Improper Interference with an Employment Relationship."

2 - Defendants request that the jury be instructed on Defendants' defense of conditional privilege, as provided in the parties' joint proposed jury instructions, (Doc. 170 at 75). As with truth, the conditional privilege is a defense to the defamation claim (as it relates to the alleged cold sore/herpes statement). *See* Restatement (Second) of Torts § 595.

RESPECTFULLY SUBMITTED this 29th day of January, 2020.

**STINSON LLP**

By: */s/ Carrie M. Francis*
Carrie M. Francis
Stefan M. Palys
Michael Vincent
1850 North Central Avenue, Suite 2100
Phoenix, Arizona 85004-4584

2

CORE/3505308.0002/157330311.1

**CERTIFICATE OF SERVICE**

I hereby certify that on January 29, 2020, I caused the foregoing document to be filed electronically with the Clerk of Court through ECF; and that ECF will send an e-notice of the electronic filing to:

> Joshua W. Carden
> JOSHUA CARDEN LAW FIRM, P.C.
> 16427 North Scottsdale Road, Suite 410
> Scottsdale, AZ 85254
> joshua@cardenlawfirm.com
> *Attorney for Plaintiff*
>
> Timothy B. O'Connor, Esq.
> SCHNEIDER & ONOFRY, P.C.
> 365 East Coronado Road
> Phoenix, Arizona 85004
> toconnor@soarizonalaw.com
> *Attorneys for Defendant Robert Donat*

I hereby certify that on January 24, 2020, a courtesy copy will be e-mailed to:

> Judge Stephen M. McNamee
> United States District Court
> Sandra Day O'Connor U.S. Courthouse, Suite 401
> 401 West Washington Street, SPC 58
> Phoenix, Arizona 85003-2161

*/s/ Karen Graves*

3