Joshua W. Carden, SBN 021698
JOSHUA CARDEN LAW FIRM, P.C.
16427 North Scottsdale Road, Suite 410
Scottsdale, AZ 85254
joshua@cardenlawfirm.com
(480) 454-1100
(480) 454-1101 (Fax)
*Attorney for Plaintiff*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jeremy Thacker,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>GPS Insight, LLC, et al.<br><br>　　　　　　Defendants. | No. 2:18-cv-00063-SMM<br><br>**JOINT NOTICE OF SETTLEMENT** |

The parties to this matter hereby notify the Court that all claims in this matter have been settled.  The parties are presently finalizing written terms and will file a stipulation of dismissal with prejudice as soon as possible.

Respectfully submitted this 29th day of January, 2020,

JOSHUA CARDEN LAW FIRM, P.C.

By: s/Joshua W. Carden
Joshua W. Carden
*Attorneys for Plaintiff
Jeremy Thacker*

**STINSON LLP**

By:　/s/ Carrie M. Francis (with permission)
　　Carrie M. Francis
　　Stefan M. Palys
　　Michael Vincent
　　1850 North Central Avenue, Suite 2100
　　Phoenix, Arizona 85004-4584
　　Attorneys for Defendants

**SCHNEIDER & ONOFRY, PC**

By: /s/Timothy B. O'Connor (*with permission*)
Timothy B. O'Connor
365 East Coronado Road
Phoenix, Arizona 85004
Attorneys for Defendant Donat

