# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jeremy Thacker,<br><br>    Plaintiff,<br><br>v.<br><br>GPS Insight LLC, et al.,<br><br>    Defendants. | No. CV-18-00063-PHX-SMM<br><br>**ORDER** |

On January 29, 2020, the parties filed a Joint Notice of Settlement. (Doc. 205.) Therein, the parties note that they "are presently finalizing written terms and will file a stipulation of dismissal with prejudice as soon as possible." (Id.)

Accordingly,

**IT IS HEREBY ORDERED** vacating the jury trial scheduled for February 3, 2020.

**IT IS FURTHER ORDERED** that the parties shall file a stipulation to dismiss on or before **February 28, 2020.**

Dated this 30th day of January, 2020.

                            Honorable Stephen M. McNamee
                            Senior United States District Judge