**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Jeremy Thacker,<br><br>        Plaintiff,<br><br>v.<br><br>GPS Insight LLC, et al.,<br><br>        Defendants. | No. CV-18-00063-PHX-SMM<br><br>**ORDER** |

      Before the Court is the parties' Motion to Continue Stipulation Date. (Doc. 208.) On January 29, 2020, the parties filed a Joint Notice of Settlement, stating therein, "the parties are presently finalizing written terms and will file a stipulation of dismissal with prejudice as soon as possible." (Doc. 205.)  On January 30, 2020, the Court ordered the parties to file a stipulation to dismiss on or before February 28, 2020. (Doc. 206.) In the instant motion, the parties request to extend the deadline to file a stipulation to dismiss to March 30, 2020, due to "the number of individuals/entities whose final approval is required, and the complications of resolving two cases simultaneously."

      After review and consideration, and good cause appearing, the Court will grant the parties' motion.

      Accordingly,

      **IT IS HEREBY ORDERED** granting the parties' Motion to Continue Stipulation Date. (Doc. 208.)

//

**IT IS FURTHER ORDERED** that the parties shall file a stipulation to dismiss on or before **March 30, 2020**.

Dated this 2nd day of March, 2020.

*[signature]*
Honorable Stephen M. McNamee
Senior United States District Judge